**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Scott H. Burnham** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Wendy L. Burnham** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS - EASTERN DIVISION |
| Case number (if known) | **19-12715** |

☐ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:      Summarize Your Assets

|  |  | **Your assets** Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B................................................................ | $          525,680.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B........................................................ | $          108,365.22 |
| | 1c. Copy line 63, Total of all property on Schedule A/B.................................................................. | $          634,045.22 |

### Part 2:      Summarize Your Liabilities

|  |  | **Your liabilities** Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $          393,790.08 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F.................................* | $          185,406.79 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F.............................* | $          1,062,717.23 |
| | **Your total liabilities** | $          1,641,914.10 |

### Part 3:      Summarize Your Income and Expenses

|  |  |  |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I.................................................................* | $          5,942.11 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J..........................................................* | $          6,288.98 |

### Part 4:      Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☒ Yes

7. **What kind of debt do you have?**

   ☒ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Scott H. Burnham**

Debtor 2    **Wendy L. Burnham**

Case number *(if known)*  **19-12715**

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$      **1,470.83**

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | | Total claim |
|---|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ | 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ | 185,406.79 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ | 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ | 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ | 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ | 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ | 185,406.79 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Scott H. Burnham** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Wendy L. Burnham** |
| (Spouse, if filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS - EASTERN DIVISION |
| Case number | **19-12715** |

☐ Check if this is an
amended filing

## Official Form 106A/B
# Schedule A/B: Property                                    12/15

In each category, separately list and describe items. List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes.  Where is the property?

| | | |
|---|---|---|
| 1.1 | | |

**88 Forest Street**
Street address, if available, or other description

**Marshfield**    **MA**    **02050-0000**
City                State        ZIP Code

**Plymouth**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $525,680.00 | $525,680.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Tenants by the Entirety 99% interest**

☐ Check if this is community property
(see instructions)

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.......................................................................=>**

| |
|---|
| $525,680.00 |

**Part 2:**   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    Scott H. Burnham
Debtor 2    Wendy L. Burnham

Case number *(if known)*    **19-12715**

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☒ Yes

| 3.1 | Make: | **Chevrolet** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

Model: **Tahoe**
Year: **2015**
Approximate mileage: **39890**
Other information:

☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Current value of the entire property? **$42,704.00**
Current value of the portion you own? **$42,704.00**

| 3.2 | Make: | **Volkes Wagon** |
|---|---|---|

Model: **jetta diesel**
Year: **2014**
Approximate mileage: **32000**
Other information:

☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Who has an interest in the property? Check one

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$12,000.00**
Current value of the portion you own? **$12,000.00**

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
☒ Yes

| 4.1 | Make: | **Artic Cat 400** |
|---|---|---|

Model:
Year: **2015**
Other information:

Who has an interest in the property? Check one

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$3,750.00**
Current value of the portion you own? **$3,750.00**

| 4.2 | Make: | **Polaris OUtlaw 110** |
|---|---|---|

Model:
Year:
Other information: **ATV**

Who has an interest in the property? Check one

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$2,345.00**
Current value of the portion you own? **$2,345.00**

| 4.3 | Make: | **Boat trailer** |
|---|---|---|

Model:
Year:
Other information:

Who has an interest in the property? Check one

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$50.00**
Current value of the portion you own? **$50.00**

Debtor 1    **Scott H. Burnham**
Debtor 2    **Wendy L. Burnham**

Case number *(if known)*    **19-12715**

| 4.4 | Make: | **Quad Trailer** | Who has an interest in the property? Check one | | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|---|

Model:
Year:

Other information:

Who has an interest in the property? Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this is community property
  (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$1,000.00** | **$1,000.00** |

---

4.5    Make:    **Utility Trailer**

Model:
Year:

Other information:

Who has an interest in the property? Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this is community property
  (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$200.00** | **$200.00** |

---

4.6    Make:    **Snowmobile trailer**

Model:
Year:

Other information:

Who has an interest in the property? Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this is community property
  (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$50.00** | **$50.00** |

---

5    Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here...................................................................=>

| **$62,099.00** |
|---|

**Part 3:**    Describe Your Personal and  Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   - ☐ No
   - ■ Yes.  Describe.....

| **Household Furnishings** | **$2,650.00** |
|---|---|

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   - ☐ No
   - ■ Yes.  Describe.....

| **Electronics,**<br>**7 tv's    $1,200.00,  computer  700.00    cell phone,** | **$1,900.00** |
|---|---|

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   - ☐ No
   - ■ Yes.  Describe.....

| **500 matchbox cars** | **$250.00** |
|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Scott H. Burnham**
Debtor 2    **Wendy L. Burnham**

Case number *(if known)*    **19-12715**

9.  **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
    ■ No
    ☐ Yes.  Describe.....

10.  **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes.  Describe.....

11.  **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes.  Describe.....

| | |
|---|---|
| Clothing | $400.00 |

12.  **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes.  Describe.....

| | |
|---|---|
| wedding ring | $500.00 |

| | |
|---|---|
| watch | $50.00 |

13.  **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ■ Yes.  Describe.....

| | |
|---|---|
| 2 dogs | $50.00 |

14.  **Any other personal and household items you did not already list, including any health aids you did not list**
    ☐ No
    ■ Yes.  Give specific information.....

| | |
|---|---|
| Tools | $300.00 |

| | |
|---|---|
| Lawn Mower | $50.00 |

| | |
|---|---|
| Snow blower | $100.00 |

15.  **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................

$6,250.00

**Part 4:**  **Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

| Debtor 1 | **Scott H. Burnham** |
|----------|----------------------|
| Debtor 2 | **Wendy L. Burnham** |

Case number *(if known)*   **19-12715**

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ■ Yes............................................................................................................

                                                                      **Cash**                    $70.00

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes........................                          Institution name:

| | | | |
|---|---|---|---|
| 17.1. | **Checking  9698** | **Coastal Heritage Bank** | $523.78 |
| 17.2. | **Checking  9705** | **Coastal Heritage Bank** | $118.55 |
| 17.3. | **Checking  8463** | **Citizens Bank** | $902.50 |
| 17.4. | **Savings  7189** | **Citizens** | $23.49 |
| 17.5. | | **Rockland Federal Credit Union  8636** | $524.49 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes..................                      Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes.  Give specific information about them...................
    
    Name of entity:                          % of ownership:

| | | | |
|---|---|---|---|
| **Central Rug Sales, Inc.** | **50** | % | $0.00 |
| **Roger W. Kent Carpetland Inc.** **Filed Chapter 7, Case No.  19-10157** **49%** | **49%** | % | $0.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
                  Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.
        Type of account:          Institution name:

| Debtor 1 | **Scott H. Burnham** | | |
|---|---|---|---|
| Debtor 2 | **Wendy L. Burnham** | | |

Case number *(if known)* **19-12715**

| | **401K** | | **$5,000.00** |
|---|---|---|---|

| | **IRA** | **Coastal Heritage** | **$27,000.00** |
|---|---|---|---|

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
☐ No
☐ Yes. .....................                                    Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
☐ No
☐ Yes.............         Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
☐ No
☐ Yes.............         Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**Merrill Edge  Wendy Burnham c/f for Joshua Burnham**
**ABLE Program college savings  investment $8,625.41**
**Not an asset pursuant to 11 USC sec. 541(10)  6425.00**                     **$2,200.41**

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
☐ No
☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
☐ No
☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
☐ No
☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
☐ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
☐ No
☐ Yes. Give specific information......

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
benefits; unpaid loans you made to someone else
☐ No
☐ Yes.  Give specific information..

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

| Debtor 1 | Scott H. Burnham |
| Debtor 2 | Wendy L. Burnham |

Case number (*if known*)  **19-12715**

| Social Security  monthly 2,553.00/month | $2,553.00 |

**31. Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   ☐ No
   ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
| --- | --- | --- |
| **Midland  whole life** | **Wendy Burnham** | **$1,100.00** |
| **SBLI Insurance  Term** | **Scott Burnham** | **$0.00** |

**32. Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
   ■ No
   ☐ Yes.  Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
   ■ No
   ☐ Yes.  Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
   ■ No
   ☐ Yes.  Describe each claim.........

**35. Any financial assets you did not already list**
   ☐ No
   ■ Yes.  Give specific information..

| Beneficiary of    Peter H. Burnham 2019 Trust Spendthrift Trust Not an Asset of the Estate, For reporting purposes only. | $0.00 |

**36.  Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.............................................................................................................................** | **$40,016.22** |

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

**37. Do you own or have any legal or equitable interest in any business-related property?**
   ■ No. Go to Part 6.
   ☐ Yes.  Go to line 38.

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
| | If you own or have an interest in farmland, list it in Part 1. |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
   ■ No. Go to Part 7.
   ☐ Yes.  Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Scott H. Burnham**

Debtor 2    **Wendy L. Burnham**

Case number *(if known)*   **19-12715**

---

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership

    ■ No
    ☐ Yes. Give specific information.........

54.  **Add the dollar value of all of your entries from Part 7. Write that number here**  ...................................

| | **$0.00** |
|---|---|

---

| **Part 8:** | List the Totals of Each Part of this Form |
|---|---|

55.  **Part 1: Total real estate, line 2** ........................................................................................................   **$525,680.00**

56.  **Part 2: Total vehicles, line 5**                                **$62,099.00**

57.  **Part 3: Total personal and household items, line 15**        **$6,250.00**

58.  **Part 4: Total financial assets, line 36**                     **$40,016.22**

59.  **Part 5: Total business-related property, line 45**            **$0.00**

60.  **Part 6: Total farm- and fishing-related property, line 52**   **$0.00**

61.  **Part 7: Total other property not listed, line 54**      +     **$0.00**

62.  **Total personal property.** Add lines 56 through 61...    **$108,365.22**    Copy personal property total ▶    **$108,365.22**

63.  **Total of all property on Schedule A/B**. Add line 55 + line 62

| | **$634,045.22** |
|---|---|

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Scott H. Burnham** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | **Wendy L. Burnham** |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS - EASTERN DIVISION |
| Case number (if known) | **19-12715** |

☐ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt                    4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **88 Forest Street Marshfield, MA 02050  Plymouth County** Line from *Schedule A/B*: **1.1** | $525,680.00 | ☑ $500,000.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Mass. Gen. Laws c.188, §§ 1, 3** |
| **2015 Chevrolet Tahoe 39890 miles** Line from *Schedule A/B*: **3.1** | $42,704.00 | ☑ $0.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Mass. Gen. Laws c. 235, § 34(16)** |
| **Polaris OUtlaw 110 ATV** Line from *Schedule A/B*: **4.2** | $2,345.00 | ☑ $2,345.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Mass. Gen. Laws c. 235, § 34(17)** |
| **Quad Trailer** Line from *Schedule A/B*: **4.4** | $1,000.00 | ☑ $1,000.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Mass. Gen. Laws c. 235, § 34(17)** |
| **Utility Trailer** Line from *Schedule A/B*: **4.5** | $200.00 | ☑ $200.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Mass. Gen. Laws c. 235, § 34(17)** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Scott H. Burnham** |
|---|---|
| Debtor 2 | **Wendy L. Burnham** |

Case number (if known) **19-12715**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Household Furnishings**<br>Line from *Schedule A/B*: **6.1** | $2,650.00 | ■ $2,650.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Mass. Gen. Laws c.235, § 34(2)** |
| **Electronics,**<br>**7 tv's   $1,200.00,  computer  700.00**<br>**cell phone,**<br>Line from *Schedule A/B*: **7.1** | $1,900.00 | ■ $1,900.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Mass. Gen. Laws c.235, § 34(2)** |
| **Clothing**<br>Line from *Schedule A/B*: **11.1** | $400.00 | ■ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Mass. Gen. Laws c.235, § 34(1)** |
| **wedding ring**<br>Line from *Schedule A/B*: **12.1** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Mass. Gen. Laws c. 235, § 34(18)** |
| **watch**<br>Line from *Schedule A/B*: **12.2** | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Mass. Gen. Laws c. 235, § 34(18)** |
| **Tools**<br>Line from *Schedule A/B*: **14.1** | $300.00 | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Mass. Gen. Laws c. 235, § 34(17)** |
| **Lawn Mower**<br>Line from *Schedule A/B*: **14.2** | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Mass. Gen. Laws c. 235, § 34(17)** |
| **Snow blower**<br>Line from *Schedule A/B*: **14.3** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Mass. Gen. Laws c. 235, § 34(17)** |
| **Cash**<br>Line from *Schedule A/B*: **16.1** | $70.00 | ■ $70.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Mass. Gen. Laws c. 235, § 34(15)** |
| **Checking  9698: Coastal Heritage Bank**<br>Line from *Schedule A/B*: **17.1** | $523.78 | ■ $523.78<br>☐ 100% of fair market value, up to any applicable statutory limit | **Mass. Gen. Laws c. 235, § 34(15)** |
| **Checking  9705: Coastal Heritage Bank**<br>Line from *Schedule A/B*: **17.2** | $118.55 | ■ $118.55<br>☐ 100% of fair market value, up to any applicable statutory limit | **Mass. Gen. Laws c. 235, § 34(15)** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor 1 | **Scott H. Burnham** | | | |
|---|---|---|---|---|
| Debtor 2 | **Wendy L. Burnham** | | | |
| | | | Case number (if known) | **19-12715** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Checking  8463: Citizens Bank**<br>Line from *Schedule A/B*: **17.3** | $902.50 | ■ $902.50<br>☐ 100% of fair market value, up to any applicable statutory limit | **Mass. Gen. Laws c. 235, § 34(15)** |
| **Savings  7189: Citizens**<br>Line from *Schedule A/B*: **17.4** | $23.49 | ■ $23.49<br>☐ 100% of fair market value, up to any applicable statutory limit | **Mass. Gen. Laws c. 235, § 34(15)** |
| **Rockland Federal Credit Union  8636**<br>Line from *Schedule A/B*: **17.5** | $524.49 | ■ $524.49<br>☐ 100% of fair market value, up to any applicable statutory limit | **Mass. Gen. Laws c. 235, § 34(15)** |
| **401K:**<br>Line from *Schedule A/B*: **21.1** | $5,000.00 | ■ $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Mass. Gen. Laws c. 235 § 34A** |
| **IRA: Coastal Heritage**<br>Line from *Schedule A/B*: **21.2** | $27,000.00 | ■ $27,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Mass. Gen. Laws c. 235, § 34A; Mass. Gen. Laws c. 246, § 28** |
| **Merrill Edge  Wendy Burnham c/f for Joshua Burnham**<br>**ABLE Program college savings investment $8,625.41**<br>**Not an asset pursuant to 11 USC sec. 541(10)  6425.00**<br>Line from *Schedule A/B*: **24.1** | $2,200.41 | ■ $2,200.41<br>☐ 100% of fair market value, up to any applicable statutory limit | **Mass. Gen. Laws c. 235, § 34(17)** |
| **Social Security  monthly 2,553.00/month**<br>Line from *Schedule A/B*: **30.1** | $2,553.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **42 U.S.C. § 407** |

3. **Are you claiming a homestead exemption of more than $170,350?**
(Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

☐ No

■ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ■ No

    ☐ Yes

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Scott H. Burnham** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Wendy L. Burnham** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS - EASTERN DIVISION | | |
| Case number | **19-12715** | | |
| (if known) | | | |

☐ Check if this is an
amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:    List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|
| **2.1** **Bank of America**<br>Creditor's Name | Describe the property that secures the claim:<br>**88 Forest Street,**<br>**Marshfield, MA** | $298,973.97 | $525,605.80 | $0.00 |

**PO Box 31785**
**Tampa, FL 33631**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a
community debt**

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured
car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number    **6607**

Debtor 1  **Scott H. Burnham**
          First Name          Middle Name          Last Name

Debtor 2  **Wendy L. Burnham**
          First Name          Middle Name          Last Name

Case number (if known)    **19-12715**

---

| 2.2 | **Citizens Bank** | Describe the property that secures the claim: | $30,110.92 | $0.00 | $30,110.92 |
|---|---|---|---|---|---|

Creditor's Name

**Consumer Loan
Servicing
ROP18P
PO Box 42002
Providence, RI 02940**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

Date debt was incurred

**88 Forest Street,
Marshfield, MA**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Last 4 digits of account number    **6509**

---

| 2.3 | **Freedom Financial** | Describe the property that secures the claim: | $4,088.00 | $3,750.00 | $2,288.00 |
|---|---|---|---|---|---|

Creditor's Name

**PO Box 4597
Hinsdale, IL 60522**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

Date debt was incurred

**Artic Cat**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Last 4 digits of account number    **2032**

---

| 2.4 | **VW Credit Inc.** | Describe the property that secures the claim: | $16,006.50 | $16,000.00 | $6.50 |
|---|---|---|---|---|---|

Creditor's Name

**1401 Frankllin Blvd.
Libertyville, IL 60048**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

Date debt was incurred    **July, 2019**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Last 4 digits of account number

---

Debtor 1 **Scott H. Burnham**

First Name          Middle Name          Last Name

Debtor 2 **Wendy L. Burnham**

First Name          Middle Name          Last Name

Case number (if known)     **19-12715**

| 2.5 | **Wells Fargo Auto** | Describe the property that secures the claim: | $44,610.69 | $42,704.00 | $1,906.69 |
|---|---|---|---|---|---|

Creditor's Name

**2015 Chevrolet Tahoe**

**PO Box 29710**
**Phoenix, AZ 85038**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset) _____

Date debt was incurred _____

Last 4 digits of account number    **4517**

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $393,790.08 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $393,790.08 |

**Part 2:**  **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Scott H. Burnham** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | **Wendy L. Burnham** |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS - EASTERN DIVISION |
| Case number | **19-12715** |
| (if known) | |

☐ Check if this is an
amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  Do any creditors have priority unsecured claims against you?
☐ No. Go to Part 2.
☐ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| 2.1 | **Anderson, Nancy** | Last 4 digits of account number _____ | $0.00 | $0.00 | $0.00 |

Priority Creditor's Name
**270 Summer Street**
**Norwell, MA 02061**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

■ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of PRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Domestic support obligations

☐ **Check if this claim is for a  community debt**

☐ Taxes and certain other debts you owe the government

**Is the claim subject to offset?**

☐ Claims for death or personal injury while you were intoxicated

■ No

■ Other. Specify   **Deposits by individuals**

☐ Yes

**Business Related**
**Consumer Deposit  $220.00**

Debtor 1  **Scott H. Burnham**
Debtor 2  **Wendy L. Burnham**

Case number (if known)  **19-12715**

---

| 2.2 | **Barr, Amy** | Last 4 digits of account number | | $0.00 | $0.00 | $0.00 |

Priority Creditor's Name
**565 Temple Street**
**Duxbury, MA 02332**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

Type of PRIORITY unsecured claim:

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify  **Deposits by individuals**
**Consumer deposit**
**Carpet**
**Business Related  4689.11**

---

| 2.3 | **Basler, Brian** | Last 4 digits of account number | | $0.00 | $0.00 | $0.00 |

Priority Creditor's Name
**117 Sea View Avenue**
**South Yarmouth, MA 02664**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

Type of PRIORITY unsecured claim:

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify  **Deposits by individuals**
**Consumer Deposit**
**Carpet**
**Business Account  $606.06**

---

| 2.4 | **Bell, Vickie** | Last 4 digits of account number | | $0.00 | $0.00 | $0.00 |

Priority Creditor's Name
**161 Sawyers Lane**
**Marshfield, MA 02050**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

Type of PRIORITY unsecured claim:

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify  **Deposits by individuals**
**Consumer Deposits**
**Carpet**
**Business Related  $2200**

---

Debtor 1  **Scott H. Burnham**
Debtor 2  **Wendy L. Burnham**

Case number (if known)  **19-12715**

---

| 2.5 | **Blake, Steven** | Last 4 digits of account number | | $0.00 | $0.00 | $0.00 |

Priority Creditor's Name
**37 Hudson Street**
**Brockton, MA 02302**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Wages, salaries, and commissions**
**40 hrs. reg., 4.5 hours OT  $864.88**
**50 vac. days  $7,400.00**
**Business Related  8254.88**

---

| 2.6 | **Bohan, Linda** | Last 4 digits of account number | | $0.00 | $0.00 | $0.00 |

Priority Creditor's Name
**81 Atlantic Avenue**
**Hull, MA 02045**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Consumer Deposit**
**Carpet**
**Business Related  $800**

---

| 2.7 | **Bottomley, Dottie** | Last 4 digits of account number | | $0.00 | $0.00 | $0.00 |

Priority Creditor's Name
**261 N. Main Street**
**West Yarmouth, MA 02673**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Consumer Deposit**
**Carpet**
**Business Related    $1176.90**

---

Debtor 1  **Scott H. Burnham**
Debtor 2  **Wendy L. Burnham**

Case number (if known)    **19-12715**

---

| 2.8 | **Cardinale, Cynthia** | Last 4 digits of account number | | $0.00 | $0.00 | $0.00 |

Priority Creditor's Name
**441 Buck Island Road  #C1**
**West Yarmouth, MA 02673**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Business Related**
**Consumer Deposit $2,300.00**

---

| 2.9 | **Cryan, Deanna** | Last 4 digits of account number | | $0.00 | $0.00 | $0.00 |

Priority Creditor's Name
**23 Kalmia Way**
**Centerville, MA 02632**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Consumer Deposit**
**Carpet**
**Business Related  $2008.00**

---

| 2.10 | **D'Andrea, Steven** | Last 4 digits of account number | | $0.00 | $0.00 | $0.00 |

Priority Creditor's Name
**12 Fox Run**
**Apt. 2**
**Marshfield, MA 02050**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Wages, salaries, and commissions**
**Installs  $1,214.14**
**Retainer  $1000.00**
**Business RElated**

---

Debtor 1  **Scott H. Burnham**
Debtor 2  **Wendy L. Burnham**

Case number *(if known)*    **19-12715**

---

**2.1**
**1**

**Daignault, Steve**

Priority Creditor's Name

**48 Turner road**
**Rockland, MA 02370**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number _____    **$0.00**    **$0.00**    **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☑ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☑ Other. Specify    **Deposits by individuals**
**Consumer Deposit**
**Carpet**
**Business Related  $2,398.71**

---

**2.1**
**2**

**Dandrow, Patricia**

Priority Creditor's Name

**11 Cedar Acres Drive**
**Cohasset, MA 02025**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number _____    **$0.00**    **$0.00**    **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☑ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☑ Other. Specify    **Deposits by individuals**
**Consumer Deposit**
**Carpet**
**Business Related  $2000.00**

---

**2.1**
**3**

**Delacy, Courtney**

Priority Creditor's Name

**110 Vernon Road**
**Scituate, MA 02066**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number _____    **$0.00**    **$0.00**    **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☑ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☑ Other. Specify    **Deposits by individuals**
**Consumer Deposit**
**Carpet**
**Business RElated  900**

---

Debtor 1  **Scott H. Burnham**
Debtor 2  **Wendy L. Burnham**

Case number (if known)    **19-12715**

---

| 2.1 4 | **Dwyer, Robert** | Last 4 digits of account number | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name
**23 Boker Street**
**Assonet, MA 02702**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Wages, salaries, and commissions**
  **Installs  $1,020.20**
  **Retainer  1,000.00**
  **Business Related**

---

| 2.1 5 | **Edelhauser, Norma** | Last 4 digits of account number | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name
**311 Santa Ana Avenue**
**Manchester, IL 62663**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
  **Consumer Deposit**
  **Carpet**
  **Business Related  $2,580.94**

---

| 2.1 6 | **Farrow** | Last 4 digits of account number | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name
**34 Hillside Drive**
**Hanover, MA 02339**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
  **Consumer Deposit**
  **Carpet**
  **Business Related  $1,145.25**

---

Debtor 1    **Scott H. Burnham**
Debtor 2    **Wendy L. Burnham**

Case number *(if known)*    **19-12715**

| 2.1 7 | **Federl, Joe** | Last 4 digits of account number | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name

**90 Juniper Lane**
**Pembroke, MA 02359**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Domestic support obligations

**Is the claim subject to offset?**

☐ Taxes and certain other debts you owe the government

■ No

☐ Claims for death or personal injury while you were intoxicated

☐ Yes

■ Other. Specify    **Deposits by individuals**

**Consumer Deposit**
**LVT**
**Business Related  $2878.74**

---

| 2.1 8 | **Foley, Mike** | Last 4 digits of account number | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name

**39 Water Street**
**Hingham, MA 02043**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Domestic support obligations

**Is the claim subject to offset?**

☐ Taxes and certain other debts you owe the government

■ No

☐ Claims for death or personal injury while you were intoxicated

☐ Yes

■ Other. Specify    **Deposits by individuals**

**Consumer Deposit**
**LVT**
**Business Related  $535.50**

---

| 2.1 9 | **Fordyce, Kirk** | Last 4 digits of account number | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name

**61 Broad Oak Way**
**Hanover, MA 02339**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Domestic support obligations

**Is the claim subject to offset?**

☐ Taxes and certain other debts you owe the government

■ No

☐ Claims for death or personal injury while you were intoxicated

☐ Yes

■ Other. Specify    **Deposits by individuals**

**Consumer Deposit**
**Carpet**
**Business Related  $700.00**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1  **Scott H. Burnham**
Debtor 2  **Wendy L. Burnham**

Case number (if known)  **19-12715**

---

| 2.2 0 | | | | | |
|---|---|---|---|---|---|

**Gardner, Patty**

Priority Creditor's Name

**46 White Head Avenue**
**Hull, MA 02045**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$0.00**    **$0.00**    **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
**Consumer Deposit**
**Carpet**
**Business Related  $750.00**

---

| 2.2 1 | | | | | |
|---|---|---|---|---|---|

**Gaughran, Joann**

Priority Creditor's Name

**41 Abbott Street**
**South Weymouth, MA 02190**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$0.00**    **$0.00**    **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
**Consumer Deposit**
**Carpet**
**Business Related  $320.95**

---

| 2.2 2 | | | | | |
|---|---|---|---|---|---|

**Glennon, Brian**

Priority Creditor's Name

**6 Colonial Drive**
**Duxbury, MA 02331**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$0.00**    **$0.00**    **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
**Consumer Deposit**
**Carpet**
**Business Related  $800**

---

Debtor 1   **Scott H. Burnham**
Debtor 2   **Wendy L. Burnham**

Case number *(if known)*   **19-12715**

---

| 2.2 3 | **Green, Barbara** | | Last 4 digits of account number | | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name
**100 Pond Street**
**Cohasset, MA 02025**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Domestic support obligations

**Is the claim subject to offset?**

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ No

■ Other. Specify   **Deposits by individuals**

☐ Yes

**Consumer Deposit**
**Carpet**
**Business Related  $300**

---

| 2.2 4 | **Harding, Michael** | | Last 4 digits of account number | | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name
**350 Kidds Hill Road**
**Hyannis, MA 02601**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Domestic support obligations

**Is the claim subject to offset?**

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ No

■ Other. Specify   **Deposits by individuals**

☐ Yes

**Consumer Deposit**
**Carpet**
**Business Related  $1,976.76**

---

| 2.2 5 | **Harrington, Laura** | | Last 4 digits of account number | | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name
**389 Silver Street**
**Hanover, MA 02339**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Domestic support obligations

**Is the claim subject to offset?**

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ No

■ Other. Specify   **Deposits by individuals**

☐ Yes

**Consumer Deposit**
**Carpet**
**Business Related  $2067.08**

---

Debtor 1  **Scott H. Burnham**
Debtor 2  **Wendy L. Burnham**

Case number (if known)  **19-12715**

---

| 2.2 6 | **Harrington, Lisa** | | Last 4 digits of account number | | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name
**67 Cross Street**
**Hingham, MA 02043**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Consumer Deposit**
**Carpet**
**Business Related  $1918.89**

---

| 2.2 7 | **Healy, Bonnie** | | Last 4 digits of account number | | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name
**25 Lantern Lane**
**Milton, MA 02186**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Consumer Deposit**
**Carpet**
**Business Related  $2800**

---

| 2.2 8 | **Hewitt, Diane** | | Last 4 digits of account number | | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name
**39 Fairway Road**
**South Yarmouth, MA 02664**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Consumer Deposit**
**Carpet Replacement**

---

Debtor 1  **Scott H. Burnham**
Debtor 2  **Wendy L. Burnham**

Case number (if known)   **19-12715**

---

| 2.29 | **Internal Revenue Service** | Last 4 digits of account number _____ | $52,634.74 | $42,010.18 | $10,624.56 |

Priority Creditor's Name
**P.O. Box 7346**
**Philadelphia, PA 19101**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**Payroll taxes**

---

| 2.30 | **Jackisch, Kirk** | Last 4 digits of account number _____ | $0.00 | $0.00 | $0.00 |

Priority Creditor's Name
**53 Pleasant Street**
**Cohasset, MA 02025**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Consumer Deposit**
**Carpet**
**Deposit  $500**

---

| 2.31 | **Joyce, Barbara & Bob** | Last 4 digits of account number _____ | $0.00 | $0.00 | $0.00 |

Priority Creditor's Name
**41 Moody Drive**
**Sandwich, MA 02563**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Consumer Deposit**
**Carpet**
**Business Related  $2000**

---

Debtor 1  **Scott H. Burnham**
Debtor 2  **Wendy L. Burnham**

Case number *(if known)*   **19-12715**

---

| 2.3 2 | **Keenan, Laurie** | Last 4 digits of account number _____ | **$0.00** | **$0.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**152 Manns Drive**
**Hanover, MA 02339**
Number Street City State Zip Code

When was the debt incurred?   _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify   **Deposits by individuals**
**Consumer Deposit**
**Carpet**
**Business Related  $14,350.00**

---

| 2.3 3 | **Kelley, Patricia** | Last 4 digits of account number _____ | **$0.00** | **$0.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**184 Black Cat Road**
**Plymouth, MA 02360**
Number Street City State Zip Code

When was the debt incurred?   _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify   **Deposits by individuals**
**Consumer Deposit**
**Carpet**
**Business Related  $980.93**

---

| 2.3 4 | **Kelly, Bruce & Joann** | Last 4 digits of account number _____ | **$0.00** | **$0.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**339 Spring Street**
**Marshfield, MA 02050**
Number Street City State Zip Code

When was the debt incurred?   _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify   **Deposits by individuals**
**Consumer Deposit**
**Carpet**
**Business Related  $362.64**

---

Debtor 1   **Scott H. Burnham**
Debtor 2   **Wendy L. Burnham**

Case number (if known)   **19-12715**

---

| 2.3 5 | **Kmito, Gina** | Last 4 digits of account number | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name

**66 Jays Lane**
**Hanover, MA 02339**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify   **Deposits by individuals**
**Consumer Deposit**
**Carpet**
**Business Related  $225.00**

---

| 2.3 6 | **Lachance, Nichole** | Last 4 digits of account number | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name

**267 Woodland Drive**
**Hanover, MA 02339**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify   **Deposits by individuals**
**Consumer Deposit**
**Carpet**
**Business Related  $300**

---

| 2.3 7 | **Lagsdin, Deloris** | Last 4 digits of account number | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name

**726 NorthStreet**
**Randolph, MA 02368**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify   **Deposits by individuals**
**Consumer Deposit**
**Carpet**
**Business Related  $900**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1   **Scott H. Burnham**
Debtor 2   **Wendy L. Burnham**

Case number (if known)   **19-12715**

---

| 2.3 8 | **Lagsdin, Deloris** | | | |
|---|---|---|---|---|

Priority Creditor's Name

**726 North Street**
**Randolph, MA 02368**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____   **$0.00**   **$0.00**   **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of PRIORITY unsecured claim:

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**

**Consumer Deposit**
**Linoleum**
**Business Related  $350**

---

| 2.3 9 | **Leary, Kevin** | | | |
|---|---|---|---|---|

Priority Creditor's Name

**128 Standish Avenue**
**Plymouth, MA 02360**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____   **$0.00**   **$0.00**   **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of PRIORITY unsecured claim:

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Wages, salaries, and commissions**

**comm. Nov.  574.34**

---

| 2.4 0 | **Lee, Stewart** | | | |
|---|---|---|---|---|

Priority Creditor's Name

**18 Hawthorne Road**
**Kingston, MA 02365**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____   **$0.00**   **$0.00**   **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**

**Consumer Deposit**
**LVT**
**Business Related  $1900**

---

Debtor 1  **Scott H. Burnham**
Debtor 2  **Wendy L. Burnham**

Case number *(if known)*    **19-12715**

---

| 2.4 1 | | |
|---|---|---|

**Leishman, Robert**

Priority Creditor's Name

**166 Marks Street**
**Rockland, MA 02370**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$0.00**    **$0.00**    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Consumer Deposit**
**REM**
**Business Related  $1453.66**

---

| 2.4 2 | | |
|---|---|---|

**Lennon, Richard**

Priority Creditor's Name

**d/b/a Lennon Installation**
**10 Juniper Road**
**Hingham, MA 02043**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$0.00**    **$0.00**    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Wages, salaries, and commissions**
**Installs  $268.39**
**Retainer  1,000.00**
**Business Related**

---

| 2.4 3 | | |
|---|---|---|

**Lennon, William**

Priority Creditor's Name

**211 Church Street**
**Duxbury, MA 02332**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$0.00**    **$0.00**    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Wages, salaries, and commissions**
**Installs  $770.39**
**Retainer  1,000.00**
**Business Related**

---

Debtor 1  **Scott H. Burnham**
Debtor 2  **Wendy L. Burnham**

Case number *(if known)*    **19-12715**

| 2.4 4 | **Library, James** | Last 4 digits of account number | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name
**24 West Street**
**Norwell, MA 02614**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify    **Deposits by individuals**
**Consumer Deposit**
**LVT**
**Business Related  $250**

---

| 2.4 5 | **Lindstrom, Alice** | Last 4 digits of account number | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name
**147 Enterprise Street**
**Duxbury, MA 02332**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify    **Deposits by individuals**
**Consumer Deposit**
**Carpet**
**Business Related  $3000**

---

| 2.4 6 | **Locke, Penny** | Last 4 digits of account number | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name
**4 Harvest Lane**
**Hingham, MA 02043**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify    **Deposits by individuals**
**Consumer Deposit**
**Carpet**
**Business Related  $3076.00**

Debtor 1  **Scott H. Burnham**
Debtor 2  **Wendy L. Burnham**

Case number *(if known)*    **19-12715**

---

| 2.4 7 | **Maggio, Karen** | Last 4 digits of account number | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name
**97 Island Creek Road**
**Duxbury, MA 02332**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify   **Deposits by individuals**
**Consumer Deposit**
**Carpet**
**Business Related  $850**

---

| 2.4 8 | **Maggio, Karen** | Last 4 digits of account number | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name
**97 Island Creek Road**
**Duxbury, MA 02332**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify   **Deposits by individuals**
**Consumer Deposit**
**Carpet**
**Business Related  $1300**

---

| 2.4 9 | **Maiellano, Elizabeth** | Last 4 digits of account number | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name
**121 Winter Street**
**Norwell, MA 02061**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify   **Deposits by individuals**
**Consumer Deposit**
**Carpet**
**Business Related  $2464.00**

---

Debtor 1    **Scott H. Burnham**
Debtor 2    **Wendy L. Burnham**

Case number *(if known)*    **19-12715**

---

| 2.5 0 | **Maiellano, Elizabeth** | Last 4 digits of account number | | $0.00 | $0.00 | $0.00 |

Priority Creditor's Name
**121 Winter Street**
**Norwell, MA 02061**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify  **Deposits by individuals**
**Consumer Deposit**
**Carpet**
**Business Related  $1,664.10**

---

| 2.5 1 | **Massachusetts Department of Revenue** | Last 4 digits of account number | | $69,650.81 | $69,650.81 | $0.00 |

Priority Creditor's Name
**Bankruptcy Unit**
**P.O. Box 9564**
**Boston, MA 02114**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify
**Sales Tax**
**7/31/17-8/31/18   $61,566.20**
**11/30/18  $8,084.61**
**Business Related**

---

Debtor 1  **Scott H. Burnham**
Debtor 2  **Wendy L. Burnham**

Case number (if known)    **19-12715**

| 2.5 2 | **Massachusetts Department of Revenue** | | | |
|---|---|---|---|---|
| | Priority Creditor's Name | Last 4 digits of account number ___ ___ ___ ___ | **$63,121.24** | **$57,871.75** | **$5,249.49** |

**Bankruptcy Unit**
**P.O. Box 9564**
**Boston, MA 02114**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Withholding Taxes/Sales Taxes**
**Subject to a payment Agreement**
**Quarterly Installment of $2,500.00**
**Business Related**

---

| 2.5 3 | **McBain, Judy** | | | |
|---|---|---|---|---|
| | Priority Creditor's Name | Last 4 digits of account number ___ ___ ___ ___ | **$0.00** | **$0.00** | **$0.00** |

**76 Boat Wrights Loop**
**Plymouth, MA 02360**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Deposits by individuals**

**Consumer Deposit**
**Pad**
**Business Related  $20**

---

| 2.5 4 | **Meade, Lisa** | | | |
|---|---|---|---|---|
| | Priority Creditor's Name | Last 4 digits of account number ___ ___ ___ ___ | **$0.00** | **$0.00** | **$0.00** |

**153 Elliott Road**
**Centerville, MA 02632**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Deposits by individuals**

**Consumer Deposit**
**Carpet**
**Business Related  $675.09**

---

Debtor 1  **Scott H. Burnham**
Debtor 2  **Wendy L. Burnham**

Case number (if known)  **19-12715**

---

| 2.5 5 | **Meany, Patricia** | | | Last 4 digits of account number ___ ___ ___ ___ | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name

**775 Rockyhill Road**
**Plymouth, MA 02360**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Consumer Deposit**
**Carpet**
**Business Related  $114.18**

---

| 2.5 6 | **Mosesso, Patricia** | | | Last 4 digits of account number ___ ___ ___ ___ | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name

**88 Pownal Street**
**Marshfield, MA 02050**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Consumer Deposit**
**Carpet**
**Business Related  $484.50**

---

| 2.5 7 | **Nakata, Jennifer** | | | Last 4 digits of account number ___ ___ ___ ___ | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name

**43 Stonewell Drive**
**West Barnstable, MA 02668**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Consumer Deposit**
**Carpet**
**Business Related**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Scott H. Burnham**
Debtor 2  **Wendy L. Burnham**

Case number *(if known)*    **19-12715**

---

| 2.5 8 | | | | | |
|---|---|---|---|---|---|
| | **Norris, Sara** | Last 4 digits of account number | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name

**13 Elm Park**
**Scituate, MA 02066**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**

**Consumer Deposit**
**Carpet**
**Business Related  1203.76**

---

| 2.5 9 | | | | | |
|---|---|---|---|---|---|
| | **O'Connell, Brian** | Last 4 digits of account number | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name

**6 Lazy Lane**
**Harwich, MA 02645**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**

**Consumer Deposit**
**Carpet**
**Business Related  $390.75**

---

| 2.6 0 | | | | | |
|---|---|---|---|---|---|
| | **O'Donell, Phyllis** | Last 4 digits of account number | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name

**17 Trainwood Drive**
**Bridgewater, MA 02324**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**

**Consumer Deposit**
**Carpet**
**Business Related  1,000**

---

Debtor 1    **Scott H. Burnham**
Debtor 2    **Wendy L. Burnham**

Case number (if known)    **19-12715**

---

| 2.6 1 | **O'Leary, Patricia** | Last 4 digits of account number | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name

**3 Willow Road**
**Pembroke, MA 02359**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Domestic support obligations

**Is the claim subject to offset?**

☐ Taxes and certain other debts you owe the government

■ No

☐ Claims for death or personal injury while you were intoxicated

☐ Yes

■ Other. Specify    **Deposits by individuals**
**Consumer Deposit**
**Binding**
**Business Related  $40.00**

---

| 2.6 2 | **Perry, Cathy** | Last 4 digits of account number | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name

**80 School Street**
**Norwell, MA 02061**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Domestic support obligations

**Is the claim subject to offset?**

☐ Taxes and certain other debts you owe the government

■ No

☐ Claims for death or personal injury while you were intoxicated

☐ Yes

■ Other. Specify    **Deposits by individuals**
**Consumer Deposit**
**Carpet**
**Business Related  $500.00**

---

| 2.6 3 | **Philbrick, Elaine** | Last 4 digits of account number | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name

**307 Congress Street**
**Duxbury, MA 02332**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Domestic support obligations

**Is the claim subject to offset?**

☐ Taxes and certain other debts you owe the government

■ No

☐ Claims for death or personal injury while you were intoxicated

☐ Yes

■ Other. Specify    **Deposits by individuals**
**Consumer Deposit**
**Carpet**
**Business Related  $1450.57**

---

Debtor 1    **Scott H. Burnham**
Debtor 2    **Wendy L. Burnham**

Case number *(if known)*    **19-12715**

---

| 2.6 4 | |
|---|---|

**Pla, Jamie**

Priority Creditor's Name

**162 Old Washinton Street**
**E. Bridgewater, MA**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$0.00**    **$0.00**    **$0.00**

When was the debt incurred?    _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
**Consumer Deposit**
**Carpet**
**Business Related  $1000**

---

| 2.6 5 | |
|---|---|

**Plausse, Lucy**

Priority Creditor's Name

**204 Center Stree**
**Unit 11**
**Pembroke, MA 02359**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$0.00**    **$0.00**    **$0.00**

When was the debt incurred?    _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
**Consumer Deposit**
**Carpet**
**Business Relatede  $396.86**

---

| 2.6 6 | |
|---|---|

**Plumer, Nancy**

Priority Creditor's Name

**867 Shoot flying Hill**
**Centerville, MA 02632**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$0.00**    **$0.00**    **$0.00**

When was the debt incurred?    _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
**Consumer Deposit**
**REM**
**Business Related   $557.93**

---

Debtor 1    **Scott H. Burnham**
Debtor 2    **Wendy L. Burnham**

Case number *(if known)*    **19-12715**

---

| 2.67 | **Ricciardi, Rocko** | Last 4 digits of account number _____ | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name

**523 Washington Street, Unit A10**
**Pembroke, MA 02359**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**

**Consumer Deposit**
**Carpet**
**Business Related  $1400**

---

| 2.68 | **Richards, Lisa** | Last 4 digits of account number _____ | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name

**5 Glenwood Road**
**Hingham, MA 02043**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**

**Consumer Deposit**
**Carpet**
**Business Related  $1150**

---

| 2.69 | **Ruznak, Beth** | Last 4 digits of account number _____ | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name

**37 Gates Circle**
**Scituate, MA 02066**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Wages, salaries, and commissions**

**Salary  650.00**
**comm.  Nov.  686.90**
**comm.  Dec.  154.28**
**Business Related  $1491.18**

---

Debtor 1  **Scott H. Burnham**
Debtor 2  **Wendy L. Burnham**

Case number (if known)    **19-12715**

---

| 2.7 0 | **Ryan, Fred** | Last 4 digits of account number ___ ___ ___ ___ | **$0.00** | **$0.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**23 Indian Path**
**Hanson, MA 02341**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
**Consumer Deposit**
**Carpet**
**Business Related  $369.31**

---

| 2.7 1 | **Sanmarco, Mark** | Last 4 digits of account number ___ ___ ___ ___ | **$0.00** | **$0.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**48 Grandview Avenue**
**Duxbury, MA 02332**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
**Consumer Deposit**
**Carpet**
**Business Related  $4800**

---

| 2.7 2 | **Seer, Teresa** | Last 4 digits of account number ___ ___ ___ ___ | **$0.00** | **$0.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**144 E. Washington Street**
**Hanson, MA 02341**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
**Consumer Deposit**
**Linoleum**
**Business Related  $500**

---

Debtor 1  **Scott H. Burnham**
Debtor 2  **Wendy L. Burnham**

Case number *(if known)*    **19-12715**

---

| 2.7 3 | | |
|---|---|---|

**Seer, Teresa**
Priority Creditor's Name
**144 E. Washington Street**
**Hanson, MA 02341**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **$0.00**    **$0.00**    **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
  **Consumer Deposit**
  **Linoleum**
  **Business Related  $500**

---

| 2.7 4 | | |
|---|---|---|

**Sigrist, Richard**
Priority Creditor's Name
**21 Union Bridge Road**
**Duxbury, MA 02332**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **$0.00**    **$0.00**    **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
  **Consumer Deposit**
  **REM**
  **Business Related  $434**

---

| 2.7 5 | | |
|---|---|---|

**Silva, Chuck**
Priority Creditor's Name
**68 Shank Painter**
**Provincetown, MA 02657**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **$0.00**    **$0.00**    **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
  **Consumer Deposit**
  **Carpet**
  **Business Related  $600**

---

Debtor 1   **Scott H. Burnham**
Debtor 2   **Wendy L. Burnham**

Case number *(if known)*   **19-12715**

---

| 2.7 6 | | | | |
|---|---|---|---|---|

**Stanton, Hillie**

Priority Creditor's Name

**172 Stonebridge Drive**
**Hanson, MA 02341**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **$0.00**   **$0.00**   **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify   **Deposits by individuals**
**Consumer Deposit**
**P/U**
**Business Related  $60**

---

| 2.7 7 | | | | |
|---|---|---|---|---|

**Striebel, Michelle**

Priority Creditor's Name

**1010 Congress Street**
**Duxbury, MA 02332**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **$0.00**   **$0.00**   **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify   **Deposits by individuals**
**Consumer Deposit**
**Carpet**
**Business Related  $895**

---

| 2.7 8 | | | | |
|---|---|---|---|---|

**Strong, Patricia**

Priority Creditor's Name

**105 Parker Road**
**Osterville, MA 02655**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **$0.00**   **$0.00**   **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify   **Deposits by individuals**
**Consumer Deposit**
**Carpet  Business Related  $2772**

---

Debtor 1   **Scott H. Burnham**
Debtor 2   **Wendy L. Burnham**

Case number (if known)   **19-12715**

---

| 2.79 | | | | | |
|---|---|---|---|---|---|

**Sweeney, Jay**
Priority Creditor's Name

**46 Loan Pine Path**
**Weymouth, MA 02188**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____   **$0.00**   **$0.00**   **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
**Consumer Deposit**
**Carpet**
**Business Related  $4,048.25**

---

| 2.80 | | | | | |
|---|---|---|---|---|---|

**T & D Reality**
Priority Creditor's Name

**23 W. Bay Rd.**
**Osterville, MA 02655**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____   **$0.00**   **$0.00**   **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
**Consumer Deposit**
**Carpet**
**Business Related  $500**

---

| 2.81 | | | | | |
|---|---|---|---|---|---|

**Tibert, James**
Priority Creditor's Name

**18 Porrazzo Road**
**Hull, MA 02045**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____   **$0.00**   **$0.00**   **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
**Consumer Deposit**
**LVT**
**Business Related  $980.00**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Scott H. Burnham**
Debtor 2  **Wendy L. Burnham**

Case number (if known)  **19-12715**

| 2.8 2 | **Wallace, Lynn** | | | | |
|---|---|---|---|---|---|

Priority Creditor's Name

Last 4 digits of account number ____  **$0.00**    **$0.00**    **$0.00**

**55 Indian Path Road**
**Halifax, MA 02338**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent

☐ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

■ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of PRIORITY unsecured claim:**

■ At least one of the debtors and another

☐ Domestic support obligations

☐ **Check if this claim is for a community debt**

☐ Taxes and certain other debts you owe the government

**Is the claim subject to offset?**

☐ Claims for death or personal injury while you were intoxicated

■ No

■ Other. Specify  **Deposits by individuals**

☐ Yes

**Consumer Deposit**
**Carpet**
**Business Related  $926.04**

| 2.8 3 | **Walsh, Mila** | | | | |
|---|---|---|---|---|---|

Priority Creditor's Name

Last 4 digits of account number ____  **$0.00**    **$0.00**    **$0.00**

**24 Charles Drive**
**Canton, MA 02021**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent

☐ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

■ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of PRIORITY unsecured claim:**

■ At least one of the debtors and another

☐ Domestic support obligations

☐ **Check if this claim is for a community debt**

☐ Taxes and certain other debts you owe the government

**Is the claim subject to offset?**

☐ Claims for death or personal injury while you were intoxicated

■ No

■ Other. Specify  **Deposits by individuals**

☐ Yes

**Consumer Deposit**
**Carpet**
**Business Related  $725**

| 2.8 4 | **White, Melissa** | | | | |
|---|---|---|---|---|---|

Priority Creditor's Name

Last 4 digits of account number ____  **$0.00**    **$0.00**    **$0.00**

**300 Liberty Street**
**Rockland, MA 02370**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent

☐ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

■ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of PRIORITY unsecured claim:**

■ At least one of the debtors and another

☐ Domestic support obligations

☐ **Check if this claim is for a community debt**

☐ Taxes and certain other debts you owe the government

**Is the claim subject to offset?**

☐ Claims for death or personal injury while you were intoxicated

■ No

■ Other. Specify  **Deposits by individuals**

☐ Yes

**Consumer Deposit**
**Carpet**
**Business Related  $1704.79**

Debtor 1    **Scott H. Burnham**
Debtor 2    **Wendy L. Burnham**

Case number *(if known)*    **19-12715**

---

| 2.8 5 | | | | |
|---|---|---|---|---|

**Wienberg, Joe & Erica**

Priority Creditor's Name

**106 Watershed Way**
**Marstons Mills, MA 02648**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$0.00**    **$0.00**    **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
    **Consumer Deposit**
    **Carpet**
    **Business Related  $500**

---

| 2.8 6 | | | | |
|---|---|---|---|---|

**Wilson, Robert**

Priority Creditor's Name

**33 Skinner Street**
**Brockton, MA 02302**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$0.00**    **$0.00**    **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Wages, salaries, and commissions**
    **Salary  700.00**
    **30 vac. days  4,200.00**
    **comm. Nov. 6,572.45**
    **Business Related**
    **comm. Dec. 1,331.21**

---

| 2.8 7 | | | | |
|---|---|---|---|---|

**Wood, Lois**

Priority Creditor's Name

**133 West Street**
**Duxbury, MA 02332**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$0.00**    **$0.00**    **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
    **Consumer Deposit**
    **Carpet**
    **Business Related  $199.12**

---

Debtor 1   **Scott H. Burnham**
Debtor 2   **Wendy L. Burnham**

Case number (if known)   **19-12715**

---

| 2.8 8 | **Zemotel, Joe & Meg** | Last 4 digits of account number | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name

**89 Old Farm Road**
**Hanover, MA 02339**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify   **Deposits by individuals**
**Consumer Deposit**
**Carpet**
**Business Related**
**$2525.00**

---

| 2.8 9 | **Zoltowslki, Emily** | Last 4 digits of account number | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name

**1 Spruce Lane**
**Duxbury, MA 02332**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify   **Deposits by individuals**
**Consumer Deposit**
**Carpet**
**Business Related  $950.00**

---

**Part 2:**   **List All of Your NONPRIORITY Unsecured Claims**

3.   **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.   **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

---

Debtor 1  **Scott H. Burnham**
Debtor 2  **Wendy L. Burnham**

Case number *(if known)*    **19-12715**

---

| 4.1 | **1st Merchant Funding** | Last 4 digits of account number | **8857** | **$64,800.00** |

Nonpriority Creditor's Name
**1135 Kane Concourse**
**6th floor**
**Bay Harbor Islands, FL 33154**

**When was the debt incurred?**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Related**

---

| 4.2 | **Ainsworth, Kevin** | Last 4 digits of account number | | **$0.00** |

Nonpriority Creditor's Name
**857 Commercial Street**
**Unit 7**
**Provincetown, MA 02657**

**When was the debt incurred?**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Deposit paid by consumer**
**Carpet  637.17**
**Business Related**

---

| 4.3 | **Airgas** | Last 4 digits of account number | **0891** | **$0.00** |

Nonpriority Creditor's Name
**PO Box 802576**
**IL 60825**

**When was the debt incurred?**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Supplier  1,392.46**
**Business Related**

---

Debtor 1   **Scott H. Burnham**
Debtor 2   **Wendy L. Burnham**

Case number *(if known)*   **19-12715**

---

| 4.4 | **Ally Financial** | Last 4 digits of account number   **3171** | **$7,853.25** |
|---|---|---|---|

Nonpriority Creditor's Name
**c/o Radius Global Solutions**
**9550 Regency Square Bolvd., Suite**
**500A**
**Dept. # 119195**
**Jacksonville, FL 32225**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
□ Yes

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**
□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Lease of vehicle**

---

| 4.5 | **Ally Financial, Inc.** | Last 4 digits of account number   **4431** | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**c/o Alltran Financial, LP**
**po Box 4043**
**Concord, CA 94524**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

□ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
□ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
□ Yes

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Repossess Lease Deficiency  7,853.25**
                         **Busines Related**

---

| 4.6 | **Anchor Press** | Last 4 digits of account number | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**77 Accord Park Drive**
**Unit C4**
**Norwell, MA 02061**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

□ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
□ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
□ Yes

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Related  $628.79**

---

Debtor 1  **Scott H. Burnham**
Debtor 2  **Wendy L. Burnham**

Case number (*if known*)   **19-12715**

---

| 4.7 | **Ascensus** | Last 4 digits of account number **0814** | $0.00 |

Nonpriority Creditor's Name
**415 8th Avenue**
**Brainerd, MN 56401**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Supplier Business Related  $394.29**

---

| 4.8 | **Associated Physicians @HMFP** | Last 4 digits of account number **0651** | $46.86 |

Nonpriority Creditor's Name
**c/o Balanced Healthcare Receivables**
**164 Burke Street**
**Nashua, NH 03060**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Medical**

---

| 4.9 | **AT&T** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**PO Box 6463**
**Carol Stream, IL 60197**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Utility Business  $742.80**

---

Debtor 1    **Scott H. Burnham**
Debtor 2    **Wendy L. Burnham**

Case number (if known)    **19-12715**

| 4.10 | **Atrius Health** | | Last 4 digits of account number | **0232** | **$508.96** |

Nonpriority Creditor's Name

**c /o Peter Roberts & Associates, Inc.**
**231 E. Maint Street**
**Suite 201**
**Milford, MA 01757**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Medical**

---

| 4.11 | **Atrius Health** | | Last 4 digits of account number | **3597** | **$146.67** |

Nonpriority Creditor's Name

**PO Box 415432**
**Boston, MA 02241**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Medical**

---

| 4.12 | **Baroque Flooring** | | Last 4 digits of account number | **2206** | **$0.00** |

Nonpriority Creditor's Name

**120 N. Industrial Blv.**
**Calhoun, GA 30701**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Supplier**
**Business Related  $1,996.60**

---

Debtor 1   **Scott H. Burnham**
Debtor 2   **Wendy L. Burnham**

Case number (if known)   **19-12715**

---

| 4.1 3 | **Beaulieu** | Last 4 digits of account number **7020** | **$3,560.42** |

Nonpriority Creditor's Name
**PO Box 1447**
**Chatsworth, GA 30705**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ **At least one of the debtors and another** ■
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.1 4 | **Belknap White** | Last 4 digits of account number **7300** | **$0.00** |

Nonpriority Creditor's Name
**111 Plymouth Street**
**Mansfield, MA 02048**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Related  $8,265.30**

---

| 4.1 5 | **Beth Israel Deaconees Hospital** | Last 4 digits of account number **7096** | **$1,023.90** |

Nonpriority Creditor's Name
**c/o Computer Credit, Inc.**
**Claim Dept.  054020**
**470 W. Hames Mill Road**
**Winston Salem, NC 27113**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical**

---

Debtor 1  **Scott H. Burnham**
Debtor 2  **Wendy L. Burnham**

Case number *(if known)*  **19-12715**

---

| 4.1 6 | **BIDH -Plymouth Pathology** | Last 4 digits of account number | **6188** | **$38.00** |

Nonpriority Creditor's Name
**PO Box 845467**
**Boston, MA 02284**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical**

---

| 4.1 7 | **BIDHY-Plymouth Radiology** | Last 4 digits of account number | | **$11.53** |

Nonpriority Creditor's Name
**PO Box 845292**
**Boston, MA 02284**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical**

---

| 4.1 8 | **Boston Children's Hospital** | Last 4 digits of account number | **7884** | **$75.00** |

Nonpriority Creditor's Name
**c/o ROI**
**PO Box 549**
**Lutherville Timonium, MD 21094**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical**

---

Debtor 1    **Scott H. Burnham**
Debtor 2    **Wendy L. Burnham**

Case number *(if known)*    **19-12715**

---

| 4.1 9 | **Boston Globe** | | | | Last 4 digits of account number | | | | **$0.00** |

Nonpriority Creditor's Name
**PO Box 55819**
**Boston, MA 02205**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Advertising and Paper Business Related  $560.00**

---

| 4.2 0 | **Boston Medical Center** | | | | Last 4 digits of account number | | | | **$55.00** |

Nonpriority Creditor's Name
**c/o Gragil Associates Inc.**
**29 Winter Street**
**Pembroke, MA 02359**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Medical**

---

| 4.2 1 | **Boston Medical Center** | | | | Last 4 digits of account number    **3967** | | | | **$22.00** |

Nonpriority Creditor's Name
**PO Box 419877**
**Boston, MA 02241**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Medical bill**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1   **Scott H. Burnham**
Debtor 2   **Wendy L. Burnham**

Case number *(if known)*   **19-12715**

---

| 4.2 2 | **Braun's Express** | Last 4 digits of account number | **KeronM** | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**10 Tandem Way**
**Hopedale, MA 01747**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Related  $1,701.31**

---

| 4.2 3 | **Buonopane, Fran** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**61 Grove Street**
**Braintree, MA 02184**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Consumer Deposit**
**Carpet**
**Busienss Related  $2,850.00**

---

| 4.2 4 | **Burnham, Joshua** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**88 Forest Street**
**Marshfield, MA 02050**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Installs  $862.88**
**Business Related**

---

Debtor 1  **Scott H. Burnham**
Debtor 2  **Wendy L. Burnham**

Case number (*if known*)   **19-12715**

---

| 4.2 5 | |
|---|---|

**Cadigan, Colleen**
Nonpriority Creditor's Name

**23 Harbor Heights**
**Scituate, MA 02066**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____            **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Consumer Deposit**
**Carpet**
**Business Related  $856.30**

---

| 4.2 6 | |
|---|---|

**Cadigan, Colleen**
Nonpriority Creditor's Name

**23 Harbor Heights**
**Scituate, MA 02066**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____            **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Consumer Deposit**
**LVT**
**Business Related  $2,133.98**

---

| 4.2 7 | |
|---|---|

**Calabro, Jack & Diane**
Nonpriority Creditor's Name

**711 Center Street**
**Hanover, MA 02339**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____            **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Consumer Deposit**
**Carpet**
**Business Related  $735.36**

---

Debtor 1   **Scott H. Burnham**
Debtor 2   **Wendy L. Burnham**

Case number (if known)   **19-12715**

---

| 4.2 8 | **Calnan, John** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**429 Monomoscoy Road**
**Mashpee, MA 02649**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Consumer Deposit Carpet Business RElated  $7,221.60**

---

| 4.2 9 | **Cape Cod Broadcasting** | Last 4 digits of account number | **0111** | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**737 W. Main Street**
**Hyannis, MA 02601**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Advertising Business Related  $4,462.00**

---

| 4.3 0 | **Capital One Services, LLC** | Last 4 digits of account number | **1367** | $18,124.54 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 85619**
**Richmond, VA 23285**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Revolving Line of Credit**

---

Debtor 1    **Scott H. Burnham**
Debtor 2    **Wendy L. Burnham**

Case number (if known)    **19-12715**

---

| 4.3 1 | | |
|---|---|---|

**Carr, Kristian**
Nonpriority Creditor's Name

**22 Main Street**
**Hyannis, MA 02601**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Comm. Nov.  $199.31**
**Comm. Dec.  $56.32**
■ Other. Specify   **Business Related  $255.63**

---

| 4.3 2 | | |
|---|---|---|

**Case, Barbara**
Nonpriority Creditor's Name

**213 Edgewater Drive**
**Pembroke, MA 02359**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Consumer Deposit**
**Carpet**
■ Other. Specify   **Business Related  $1291.00**

---

| 4.3 3 | | |
|---|---|---|

**Casey, Anette**
Nonpriority Creditor's Name

**95 Chittenden Lane**
**Cohasset, MA 02025**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Consumer Deposit**
**Carpet**
■ Other. Specify   **Business Related  $3000.00**

---

Debtor 1    **Scott H. Burnham**
Debtor 2    **Wendy L. Burnham**

Case number (if known)    **19-12715**

---

| 4.3 4 | **Casey, Annette** | **Last 4 digits of account number** | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**95 Chittenden Lane**
**Cohasset, MA 02025**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Consumer Deposit**
**Carpet**
**Business Related**

---

| 4.3 5 | **CDS** | **Last 4 digits of account number** | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**8 Court Drive**
**Lincoln, RI 02865**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Related**
**$35,462.00**

---

| 4.3 6 | **Chase Bank USA NA** | **Last 4 digits of account number** | **1036** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**c/o  MRS Associates of New Jersey**
**1930 Olney Avenue**
**St Thomas, VI 00803**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Acct.  2188**
**Collection**
**For Notice Purpose Only**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **Scott H. Burnham**
Debtor 2  **Wendy L. Burnham**

Case number (if known)   **19-12715**

---

| 4.3 7 | **Chase Cardmember Services** | Last 4 digits of account number   **2188** | **$7,849.80** |

Nonpriority Creditor's Name
**PO Box 15548**
**Wilmington, DE 19886**

**When was the debt incurred?**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Revolving Line of Credit**

---

| 4.3 8 | **Citibank Sears** | Last 4 digits of account number   **7701** | **$6,792.45** |

Nonpriority Creditor's Name
**PO Box 6286**
**Sioux Falls, SD 57117**

**When was the debt incurred?**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Revolving Line of Credit**

---

| 4.3 9 | **Citibank, NA** | Last 4 digits of account number   **0079** | **$0.00** |

Nonpriority Creditor's Name
**c/o Altran Fiancial**
**PO Box 4044**
**Concord, CA 94524**

**When was the debt incurred?**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

□ Debtor 1 only
■ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Sears Gold Master Card  2320**
**Former Collector**
**For Notice Purpose Only**

---

Debtor 1    **Scott H. Burnham**
Debtor 2    **Wendy L. Burnham**

Case number (if known)    **19-12715**

---

| 4.40 | | | |
|---|---|---|---|

**Citizens Bank**
Nonpriority Creditor's Name

Last 4 digits of account number    **7496**    $0.00

c/o Sunrise Credit Services, Inc.
P.O. Box 9100
Farmingdale
Farmingdale, NY 11735
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Revolving Line of Credit For Notice Purpose Only Collection**

---

| 4.41 | | | |
|---|---|---|---|

**Citizens Bank**
Nonpriority Creditor's Name

Last 4 digits of account number    **0423**    $10,938.15

PO Box 7092
Bridgeport, CT 06601
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Revolving Line of Credit**

---

| 4.42 | | | |
|---|---|---|---|

**Clark, Christine**
Nonpriority Creditor's Name

Last 4 digits of account number _____    $0.00

32 Brandies Circle
Halifax, MA 02338
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Consumer Deposit LVT Business Related  $4,354.25**

---

Debtor 1  **Scott H. Burnham**
Debtor 2  **Wendy L. Burnham**

Case number (if known)    **19-12715**

---

| 4.4 3 | **Coleman, Rosemary** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

**23 Winterberry Lane**
**Hanover, MA 02339**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Consumer Deposit Cleaning Business Related**

---

| 4.4 4 | **Columbia Gas of Massachusetts** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

**PO Box 2025**
**Springfield, MA 01102**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Utility Busienss Related  $291.17**

---

| 4.4 5 | **Comcast** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

**PO Box 1577**
**Newark, NJ 07101**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Utility Business Related  $763.01**

---

Debtor 1    **Scott H. Burnham**
Debtor 2    **Wendy L. Burnham**

Case number (if known)    **19-12715**

---

| 4.4 6 | **Commonwealth of Massachusetts** | | Last 4 digits of account number | | | $0.00 |

Nonpriority Creditor's Name
**PO Box 847840**
**Boston, MA 02284**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Registration of Vehicle**
**Business Related  $4.15**

---

| 4.4 7 | **Connelley, Christopher** | | Last 4 digits of account number | | | $0.00 |

Nonpriority Creditor's Name
**78 S. Bayfield Road**
**Quincy, MA 02170**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Salary  450.00**
**Comm. Nov.  8279.37**
**comm. Dec.  1762.95**
**Business Related:  $11,844.32**
**13 vacation days   1352.00**

---

Debtor 1  **Scott H. Burnham**
Debtor 2  **Wendy L. Burnham**

Case number (if known)    **19-12715**

---

| 4.4 8 | **Connors, William** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

**2 Capt. Percival**
**South Yarmouth, MA 02664**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Consumer Deposit Carpet Business Related  $300**

---

| 4.4 9 | **Conover, Justin** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

**1185 Brook Road**
**Milton, MA 02186**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Installs  $3,561.67 retainer  1,000.00 Business Related**

---

Debtor 1  **Scott H. Burnham**
Debtor 2  **Wendy L. Burnham**

Case number (if known)    **19-12715**

---

| 4.5 0 | **Conover, Mark** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**43 Hobart Lane**
**Rockland, MA 02370**

Number Street City State Zip Code

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes          ■ Other. Specify

**Salary  $1,390.00**
**Vacation days  38.5    10,703.00**
**car reimburse   $370.75**
**Business Related**
**Business Related**
**Health insurance  $3,211.49**

---

| 4.5 1 | **Conrad, Meredith** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**43 Bagnell Drive**
**Pembroke, MA 02359**

Number Street City State Zip Code

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes          ■ Other. Specify

**Consumer Deposit**
**Carpet**
**Business RElated  $151.00**

---

Debtor 1  **Scott H. Burnham**
Debtor 2  **Wendy L. Burnham**

Case number (if known)    **19-12715**

---

| 4.5 2 | **Cryan, Deanna** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name

**23 Kalmia Way**
**Centerville, MA 02632**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Consumer Deposit Carpet Business Related  $1,852.00**

---

| 4.5 3 | **Dalyn Rug Co.** | Last 4 digits of account number | **2551** | $0.00 |

Nonpriority Creditor's Name

**PO Box 1031**
**Dalton, GA 30722**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Supplier Business Related  $127.00**

---

| 4.5 4 | **Dixie Group** | Last 4 digits of account number | **1372** | $0.00 |

Nonpriority Creditor's Name

**PO Box 842980**
**Boston, MA 02284**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Related  $493.62**

---

Debtor 1  **Scott H. Burnham**
Debtor 2  **Wendy L. Burnham**

Case number *(if known)*   **19-12715**

---

| 4.5 5 | **Dreamweaver** | Last 4 digits of account number  **5445** | **$0.00** |

Nonpriority Creditor's Name
**PO Box 890068**
**Charlotte, NC 28289**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Supplier  a/k/a Engineered Floors, LLC**
**Business Related  $16,042.13**

---

| 4.5 6 | **Dynamic Rug** | Last 4 digits of account number | **$0.00** |

Nonpriority Creditor's Name
**4845 Governors Way**
**Frederick, MD 21704**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Supplier**
**Business Related  $2,747.86**

---

| 4.5 7 | **East Coast Telecom** | Last 4 digits of account number | **$0.00** |

Nonpriority Creditor's Name
**82 R Mill Street**
**Weymouth, MA 02188**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Phone System**
**Business Related  $5,795.50**

---

Debtor 1  **Scott H. Burnham**
Debtor 2  **Wendy L. Burnham**

Case number (if known)    **19-12715**

---

| 4.5 8 | **Engineered Floors, Llc** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**PO Box 2207**
**Dalton, GA 30722**
Number Street City State Zip Code
Who incurred the debt? Check one.

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a  community debt**
Is the claim subject to offset?

■ No
□ Yes

□ Contingent
□ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
**Business Related**
■ Other. Specify  **$14,384.46**

---

| 4.5 9 | **Eversourcer** | Last 4 digits of account number | **0014** | $0.00 |

Nonpriority Creditor's Name
**PO Box 660369**
**Dallas, TX 75266**
Number Street City State Zip Code
Who incurred the debt? Check one.

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

□ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
□ **Check if this claim is for a  community debt**
Is the claim subject to offset?

■ No
□ Yes

□ Contingent
□ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
**utility electric**
□ Other. Specify  **Business Related  $2,379.93**

---

| 4.6 0 | **Expansion Capital** | Last 4 digits of account number | **2171** | $181,250.00 |

Nonpriority Creditor's Name
**5020 S. Broadband Lane**
**Suite 100**
**Sioux Falls, SD 57108**
Number Street City State Zip Code
Who incurred the debt? Check one.

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

□ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
□ **Check if this claim is for a  community debt**
Is the claim subject to offset?

■ No
□ Yes

□ Contingent
□ Unliquidated
□ Disputed
Type of NONPRIORITY unsecured claim:
□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Related**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Scott H. Burnham**
Debtor 2    **Wendy L. Burnham**

Case number (if known)    **19-12715**

---

| 4.6 1 | **Expansion Capital** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**c/o Weinstein & Riley, PC**
**2001 Western Avenue, Ste 400**
**Seattle, WA 98121**

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

□ Contingent
□ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    FNPO

**Is the claim subject to offset?**

■ No
□ Yes

---

| 4.6 2 | **First Data Global Leasing** | Last 4 digits of account number    2478 | | $1,129.06 |

Nonpriority Creditor's Name
**c/o Hunter Warfield**
**4620 Woodland Corporate Blvd.**
**Tampa, FL 33614**

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**
□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    2981  collector

**Is the claim subject to offset?**

■ No
□ Yes

---

| 4.6 3 | **Flooring America** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**4301 Earthcity Expressway**
**Earth City, MO 63045**

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

□ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
□ **Check if this claim is for a community debt**

□ Contingent
□ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Buying Group**
**Business Related  $5,186.93**

**Is the claim subject to offset?**

■ No
□ Yes

---

Debtor 1  **Scott H. Burnham**
Debtor 2  **Wendy L. Burnham**

Case number *(if known)*    **19-12715**

---

| 4.6 4 | **Gatehouse Media** | Last 4 digits of account number    **6959** | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 223532**
**Pittsburgh, PA 15251**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Advertising Business Related  $698.20**

---

| 4.6 5 | **Greenstreet Recycling** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**133 Meetinghouse Road**
**Duxbury, MA 02332**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Trash Business Related  $5,050.00**

---

| 4.6 6 | **Gulf Oil** | Last 4 digits of account number    **8589** | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**POBox 9001001**
**Louisville, KY 40920**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Gas Business Related  $4,923.56**

---

Debtor 1  **Scott H. Burnham**
Debtor 2  **Wendy L. Burnham**

Case number (if known)    **19-12715**

| | | |
|---|---|---|
| 4.6 7 | **J&P Hyannis Trustf** | **$108,704.06** |

Nonpriority Creditor's Name

**45 Braintree Hill Office Park**
**Braintree, MA 02184**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Cape Cod Landlord Business Related**

---

| | | |
|---|---|---|
| 4.6 8 | **Kenneth Najarian** | **$0.00** |

Nonpriority Creditor's Name

**420 Washinton Street, Ste. 401**
**Braintree, MA 02184**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  **Accounting Business Related  $13,000.00**

---

| | | |
|---|---|---|
| 4.6 9 | **Louis De Poortere** | **$0.00** |

Nonpriority Creditor's Name

**Rue DeLa Royernne**
**45A Mouscron**
**Belgium**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Related  $2,026.68**

Debtor 1  **Scott H. Burnham**
Debtor 2  **Wendy L. Burnham**

Case number (if known)   **19-12715**

---

| 4.70 | **Marshfiled Dental Group** | Last 4 digits of account number  **5401** | **$181.50** |
|---|---|---|---|

Nonpriority Creditor's Name

**435 Furnace Street**
**Marshfield, MA 02050**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Medical**

---

| 4.71 | **Mass Department of Transportation** | Last 4 digits of account number | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 55891**
**Boston, MA 02205**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Excise Tax**
   **Business Related  $300.00**

---

| 4.72 | **Mohawk** | Last 4 digits of account number  **8463** | **$36,449.76** |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 12069**
**S. Ind. Blvd.**
**Calhoun, GA 30701**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Business related**

---

Debtor 1  **Scott H. Burnham**
Debtor 2  **Wendy L. Burnham**

Case number *(if known)*     **19-12715**

---

| 4.7 3 | **Momeni** | Last 4 digits of account number | **2220** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**60 Broad Street**
**Carlstadt, NJ 07072**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Related  $533.11**

---

| 4.7 4 | **Mountain Once Bank** | Last 4 digits of account number | **8753** | **$95,161.49** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**279 Union Street**
**Rockland, MA 02370**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

**inventory**
**Loan for moving expenditures**
☐ Yes

■ Other. Specify   **Business Related**

---

| 4.7 5 | **Mountain One Bank** | Last 4 digits of account number | **1555** | **$278,932.91** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**279 Union Street**
**Rockland, MA 02370**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

**Personal Property , Inventory**
**Line of Credit**
☐ Yes

■ Other. Specify   **Business Related**

---

Debtor 1   **Scott H. Burnham**
Debtor 2   **Wendy L. Burnham**

Case number *(if known)*   **19-12715**

---

| 4.7 6 | **Mountain One Bank** | Last 4 digits of account number | **5251** | **$140,291.44** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**279 Union Street**
**Rockland, MA 02370**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Inventory**
**Deficiency from sale of Property**
**Business Related**

---

| 4.7 7 | **MSB-KC** | Last 4 digits of account number | **K10** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**321 Marshall Street**
**Duxbury, MA 02332**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Related  $103,420.44**

---

| 4.7 8 | **National Grid** | Last 4 digits of account number | **9300** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**300 Erie Boulevard West**
**Syracuse, NY 13202**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Utility**
**Business Related  $6,398.29**

---

Debtor 1   **Scott H. Burnham**
Debtor 2   **Wendy L. Burnham**

Case number *(if known)*   **19-12715**

---

| 4.7 9 | | | |
|---|---|---|---|

**Neighborhood Network**

Nonpriority Creditor's Name

**PO Box 602906**
**Charlotte, NC 28260**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____   **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Advertising Business Related  $69.00**

---

| 4.8 0 | | | |
|---|---|---|---|

**Nielsen Eye Center Inc.**

Nonpriority Creditor's Name

**300 Congress Street**
**Ste. 201**
**Quincy, MA 02169**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **3818**   **$100.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical**

---

| 4.8 1 | | | |
|---|---|---|---|

**Nissan Motor Acceptance**

Nonpriority Creditor's Name

**PO Box 9001132**
**Louisville, KY 40290**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **0001**   **$850.80**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Car Loan Business Obligation**

---

| Debtor 1 | **Scott H. Burnham** | | |
|---|---|---|---|
| Debtor 2 | **Wendy L. Burnham** | Case number (if known) | **19-12715** |

---

| 4.8<br>2 | **Nourison Rug Corp.** | Last 4 digits of account number | | | $0.00 |

Nonpriority Creditor's Name

**PO Box 35651**
**Newark, NJ 07193**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Supplier**
**Business Related  $4,916.31**

---

| 4.8<br>3 | **NRF Distributors** | Last 4 digits of account number | **6208** | | $0.00 |

Nonpriority Creditor's Name

**PO Box 2467**
**Augusta, ME 04338**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Related  $1,570.65**

---

| 4.8<br>4 | **Pembroke Fire Dept. Ambulance Service** | Last 4 digits of account number | **0774** | | $117.28 |

Nonpriority Creditor's Name

**PO Box 697**
**Pembroke, MA 02359**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Medical**

---

Debtor 1   **Scott H. Burnham**
Debtor 2   **Wendy L. Burnham**

Case number *(if known)*   **19-12715**

---

| 4.8 5 | **Peter Burnham** | Last 4 digits of account number | | $9,741.86 |

Nonpriority Creditor's Name
**321 Marshall Street**
**Duxbury, MA 02332**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Minority Principal**

---

| 4.8 6 | **Portfolio Recovery Associates, LLC** | Last 4 digits of account number | **2320** | $7,293.01 |

Nonpriority Creditor's Name
**P.O. Box 12914**
**Norfolk, VA 23541**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Purchase debt from Cit**

---

| 4.8 7 | **Provenza Floors** | Last 4 digits of account number | **006A** | $0.00 |

Nonpriority Creditor's Name
**15541 Mosher AEE**
**Tustin, CA 92780**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Supplier**
**Business Related  $1,485.31**

---

Debtor 1   **Scott H. Burnham**
Debtor 2   **Wendy L. Burnham**

Case number *(if known)*   **19-12715**

---

| 4.8 8 | **Radici USA** | **Last 4 digits of account number** _____ | **$0.00** |

Nonpriority Creditor's Name

**PO Box 3143**
**Spartanburg, SC 29304**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Related  $283.29**

---

| 4.8 9 | **Regan, Christopher** | **Last 4 digits of account number** _____ | **$0.00** |

Nonpriority Creditor's Name

**c/o Regan Carpet Service**
**123 Whiting Street**
**Hingham, MA 02043**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Supplier**
**Business Related  $11,714.30**

---

| 4.9 0 | **Ricoh** | **Last 4 digits of account number** _____ | **$0.00** |

Nonpriority Creditor's Name

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Related  $822.46**

---

Debtor 1    **Scott H. Burnham**
Debtor 2    **Wendy L. Burnham**

Case number *(if known)*    **19-12715**

---

| 4.9 1 | |
|---|---|

**Rypkema, Thomas**

Nonpriority Creditor's Name

**160 String Street**
**Pembroke, MA 02359**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **co owner of Roger W. Kent & Company Inc.**
**d/b/a Kent's Carpetland**
**Potential Right of Contribution claim**

---

| 4.9 2 | |
|---|---|

**Safety Insurance**

Nonpriority Creditor's Name

**PO Box 371312**
**Pittsburgh, PA 15250**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Insurance**
**Business Related  $3,899.10**

---

| 4.9 3 | |
|---|---|

**Sears Citi Cards**

Nonpriority Creditor's Name

**c/o Schreiber/Cohen, LLC**
**53 Stiles Road, Ste. A102**
**Salem, NH 03079**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** **7701**    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **8611**
**Ror Notice Purpose Only**

---

Debtor 1  **Scott H. Burnham**
Debtor 2  **Wendy L. Burnham**

Case number (*if known*)    **19-12715**

---

| 4.9 4 | **Sears Credit Cards** | Last 4 digits of account number | **2320** | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 6282**
**Sioux Falls, SD 57117**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

■ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Revolving Line of Credit**
                    **For Notice Purposes only**

---

| 4.9 5 | **Sharkey, Joseph** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**14 Seth Sprague Drive**
**Marshfield, MA 02050**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business Related  $15,000.00**

---

| 4.9 6 | **Shaw Industries** | Last 4 digits of account number | **6829** | $18,539.75 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 3305**
**Boston, MA 02241**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business Related**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Scott H. Burnham** | | |
|---|---|---|---|
| Debtor 2 | **Wendy L. Burnham** | | |

Case number (*if known*)    **19-12715**

---

| 4.9 7 | **Shell Fleet** | Last 4 digits of account number    **5592** | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 183019**
**Columbus, OH 43218**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Gas Card**
**Business Related  $1,805.42**

---

| 4.9 8 | **Social Security Administration** | Last 4 digits of account number | **$27,456.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**Northeastern Program Service Center**
**1 Jamaica Center Plaza**
**Jamaica, NY 11432**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **overpaid social security**

---

| 4.9 9 | **South Shore Cardiology** | Last 4 digits of account number    **1160** | **$550.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**70 Pleasant Street**
**South Weymouth, MA 02190**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Medical**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Scott H. Burnham**
Debtor 2  **Wendy L. Burnham**

Case number (if known)    **19-12715**

---

| 4.1 00 | | | |
|---|---|---|---|

**South Shore Health Express**

Nonpriority Creditor's Name

**PO Box 4110 Dept 3270**
**Woburn, MA 01888**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** **4000**            **$99.54**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Medical**

---

| 4.1 01 | | | |
|---|---|---|---|

**South Shore Health System**

Nonpriority Creditor's Name

**141 Longwater Drive**
**Norwell, MA 02061**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** **5687**            **$2,005.20**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Medical**

---

| 4.1 02 | | | |
|---|---|---|---|

**South Shore Hospital**

Nonpriority Creditor's Name

**c/o ROI**
**PO Box 549**
**Lutherville Timonium, MD 21094**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** **1319**            **$102.88**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Medical**

---

Debtor 1   **Scott H. Burnham**
Debtor 2   **Wendy L. Burnham**

Case number *(if known)*   **19-12715**

---

| 4.1 03 | **South Shore Hospital** | Last 4 digits of account number | **6337** | **$480.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**c/o ROI Box 549**
**Lutherville Timonium, MD 21094**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical**

---

| 4.1 04 | **South Shore Radiological** | Last 4 digits of account number | **9728** | **$236.56** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**c/o Peter Roberts & Associates**
**231 E. Main Street**
**Ste. 201**
**Milford, MA 01757**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical**

---

| 4.1 05 | **South Shore Skin Center** | Last 4 digits of account number | **3222** | **$202.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**One Scobee Circle**
**Plymouth, MA 02360**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical**

---

Debtor 1   **Scott H. Burnham**
Debtor 2   **Wendy L. Burnham**

Case number *(if known)*    **19-12715**

---

**4.1
06**

**Southwind**

Nonpriority Creditor's Name

**PO Box 3577**
**Dalton, GA 30719**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **5434**                              **$0.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **a/k/a Indian Summer Carpet Mills, Inc.**
**Business Related  $11,419.82**

---

**4.1
07**

**Stanley Carpets**

Nonpriority Creditor's Name

**PO Box 9283**
**East Ridge, TN 37412**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number                              **$0.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Supplier**
**Business Related  $11,999.02**

---

**4.1
08**

**Stanton Carpets Corp**

Nonpriority Creditor's Name

**211 Robbins Lane**
**Syosset, NY 11791**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **4661**                              **$0.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Supplier**
**Business Related  $1,747.49**

---

Debtor 1    **Scott H. Burnham**
Debtor 2    **Wendy L. Burnham**

Case number *(if known)*    **19-12715**

---

| 4.1<br>09 | **Stiller Distributors, Inc.** | Last 4 digits of account number    **KENTS** | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**833 Dyer Avenue**
**Cranston, RI 02920**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Supplier**
                      **Business Related  $4,230.88**

---

| 4.1<br>10 | **Telco Experts** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**169 Ramap Valley Road**
**Oakland, NJ 07436**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **utility  phone**
                      **Business Related  $743.76**

---

| 4.1<br>11 | **Thomas Rypkema** | Last 4 digits of account number | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name

**160 String Street**
**Pembroke, MA 02359**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Business Related Co owner**

---

Debtor 1  **Scott H. Burnham**
Debtor 2  **Wendy L. Burnham**

Case number *(if known)*  **19-12715**

---

| 4.1 12 | | |
|---|---|---|

**Town of Hanover**
Nonpriority Creditor's Name

**550 Hanover Street, Ste. 10**
**Hanover, MA 02339**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Property tax, 1st and 2nd qu. fy2019**
**Business Related  $5,193.60**

---

| 4.1 13 | | |
|---|---|---|

**Town of Rockland**
Nonpriority Creditor's Name

**242 Union Street**
**Rockland, MA 02370**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**  **199**     **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Personal Property Tax**
**Business Related  $1,036.37**

---

| 4.1 14 | | |
|---|---|---|

**Uline**
Nonpriority Creditor's Name

**PO Box 88741**
**Chicago, IL 60680**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**  **3814**     **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Office Supplies**
**Business Related  $449.49**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Scott H. Burnham**
Debtor 2    **Wendy L. Burnham**

Case number (if known)    **19-12715**

| 4.1 15 | **Unicorn Realty** | | Last 4 digits of account number | | $30,995.60 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**293R Washinton Street**
**Norwell, MA 02061**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Previous Landlord**
                    **Business Related**

---

| 4.1 16 | **US Floors** | | Last 4 digits of account number | **1000** | $0.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 100258**
**Atlanta, GA 30384**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Supplier**
                    **Business Related  $1,300.00**

---

| 4.1 17 | **Verizon** | | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 1100**
**Albany, NY 12250**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Utility**
                    **Business Related  $131.09**

Debtor 1  **Scott H. Burnham**
Debtor 2  **Wendy L. Burnham**

Case number (if known)  **19-12715**

---

| 4.1 18 | **Versatrim** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**860 Commerce Drive**
**Henderson, NC 27537**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Business Related**

■ Other. Specify  **$967.31**

---

| 4.1 19 | **W. B. Mason** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 981101**
**Boston, MA 02298**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Office Supplies**
**Business Related  $620.60**

---

| 4.1 20 | **Wells Fargo Vendor Financial Services** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 13708**
**Macon, GA 31208**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Related  $1384.22**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **Scott H. Burnham**
Debtor 2  **Wendy L. Burnham**

Case number (if known)   **19-12715**

---

| **4.1**<br>**21** | **William Sinclair Electric, Co., Inc.** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name

**180 South Meadow road**
**Plymouth, MA 02360**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Electrical Work**
**Business Related  $2,534.30**

---

| **4.1**<br>**22** | **WJ Grosvener** | Last 4 digits of account number | **5234** | $0.00 |

Nonpriority Creditor's Name

**134 Chelmsford Road**
**North Billerica, MA 01862**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Related  $295.20**

---

| **4.1**<br>**23** | **WPLM-FM** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name

**17 Columbus Road**
**Plymouth, MA 02360**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Advertising**
**Business Related  $2,775.00**

---

Debtor 1  **Scott H. Burnham**

Debtor 2  **Wendy L. Burnham**

Case number (if known)  **19-12715**

---

| 4.1 24 | **Yacobian Route 53 Realty Trust** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name

**1916 Zeniada Avenue**
**Leving and Levin, LLP**
**875 Southern Artery**
**McAllen, TX 78504**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Related   Rent**
**23,612.13**

---

| 4.1 25 | **Yacobian Route 53 Realty Trust** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name

**1916 Zeniada Avenue**
**McAllen, TX 78504**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Lease**
**For notice purposes only**

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  | Total Claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ | 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | 185,406.79 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 185,406.79 |

|  |  |  | Total Claim |
|---|---|---|---|
| | 6f. | **Student loans** | 6f. | $ | 0.00 |

Debtor 1  **Scott H. Burnham**

Debtor 2  **Wendy L. Burnham**

Case number (if known)    **19-12715**

| Total claims from Part 2 | | | | |
|---|---|---|---|---|
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ **0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ **0.00** |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ **1,062,717.23** |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ **1,062,717.23** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Scott H. Burnham** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Wendy L. Burnham** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS - EASTERN DIVISION |
| Case number | **19-12715** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.   **Do you have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed in *Schedule A/B:Property* (Official Form 106 A/B).

2.   **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1 <br> Name <br><br> Number    Street <br><br> City            State        ZIP Code | |
| 2.2 <br> Name <br><br> Number    Street <br><br> City            State        ZIP Code | |
| 2.3 <br> Name <br><br> Number    Street <br><br> City            State        ZIP Code | |
| 2.4 <br> Name <br><br> Number    Street <br><br> City            State        ZIP Code | |
| 2.5 <br> Name <br><br> Number    Street <br><br> City            State        ZIP Code | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Scott H. Burnham** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Wendy L. Burnham** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS - EASTERN DIVISION |
| Case number | **19-12715** |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                                          12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | *Column 1:* **Your codebtor** <br> Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt** <br> Check all schedules that apply: |
|---|---|---|
| 3.1 | **Charles Blair McCoy** <br> **106 Violet Drive** <br> **Kennett Square, PA 19348** | ■ Schedule D, line __2.4__ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G <br> **VW Credit Inc.** |
| 3.2 | **Roger W. Kent & Company, Inc.** <br> **195 Columbia Road** <br> **Hanover, MA 02339** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.75__ <br> ☐ Schedule G _____ <br> **Mountain One Bank** |
| 3.3 | **Roger W. Kent & Company, Inc.** <br> **195 Columbia Road** <br> **Hanover, MA 02339** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.76__ <br> ☐ Schedule G _____ <br> **Mountain One Bank** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | Scott H. Burnham | Case number *(if known)* | **19-12715** |
|---|---|---|---|
| | **Wendy L. Burnham** | | |

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
|---|---|---|
| | | Check all schedules that apply: |

| 3.4 | **Roger W. Kent & Company, Inc.**<br>**195 Columbia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.124__<br>☐ Schedule G _____<br>**Yacobian Route 53 Realty Trust** |
|---|---|---|
| 3.5 | **Roger W. Kent & Company, Inc.**<br>**195 Columbia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.3__<br>☐ Schedule G _____<br>**Airgas** |
| 3.6 | **Roger W. Kent & Company, Inc.**<br>**195 Columbia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.5__<br>☐ Schedule G _____<br>**Ally Financial, Inc.** |
| 3.7 | **Roger W. Kent & Company, Inc.**<br>**195 Columbia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.13__<br>☐ Schedule G _____<br>**Beaulieu** |
| 3.8 | **Roger W. Kent & Company, Inc.**<br>**195 Columbia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.14__<br>☐ Schedule G _____<br>**Belknap White** |
| 3.9 | **Roger W. Kent & Company, Inc.**<br>**195 Columbia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.29__<br>☐ Schedule G _____<br>**Cape Cod Broadcasting** |
| 3.10 | **Roger W. Kent & Company, Inc.**<br>**195 Columbia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.35__<br>☐ Schedule G _____<br>**CDS** |
| 3.11 | **Roger W. Kent & Company, Inc.**<br>**195 Columbia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.44__<br>☐ Schedule G _____<br>**Columbia Gas of Massachusetts** |

| Debtor 1 | **Scott H. Burnham** |
|---|---|
| | **Wendy L. Burnham** |

Case number *(if known)*    **19-12715**

▮ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.12  **Roger W. Kent & Company, Inc.**
**195 Columbia Road**
**Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line ____4.46____
☐ Schedule G _____
**Commonwealth of Massachusetts**

---

3.13  **Roger W. Kent & Company, Inc.**
**195 Columbia Road**
**Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line ____4.53____
☐ Schedule G _____
**Dalyn Rug Co.**

---

3.14  **Roger W. Kent & Company, Inc.**
**195 Columbia road**
**Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line ____4.82____
☐ Schedule G _____
**Nourison Rug Corp.**

---

3.15  **Roger W. Kent & Company, Inc.**
**195 Columbia Road**
**Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line ____4.87____
☐ Schedule G _____
**Provenza Floors**

---

3.16  **Roger W. Kent & Company, Inc.**
**195 Columbia Road**
**Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line ____4.89____
☐ Schedule G _____
**Regan, Christopher**

---

3.17  **Roger W. Kent & Company, Inc.**
**195 Columbia Road**
**Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line ____4.90____
☐ Schedule G _____
**Ricoh**

---

3.18  **Roger W. Kent & Company, Inc.**
**195 Columbia Road**
**Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line ____4.92____
☐ Schedule G _____
**Safety Insurance**

---

3.19  **Roger W. Kent & Company, Inc.**
**195 Columbia Road**
**Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line ____4.107____
☐ Schedule G _____
**Stanley Carpets**

---

Debtor 1    **Scott H. Burnham**
            **Wendy L. Burnham**                                              Case number *(if known)*    **19-12715**

| | |
|---|---|
| **Additional Page to List More Codebtors** | |
| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

| | |
|---|---|
| 3.20  **Roger W. Kent & Company, Inc.**<br>**195 Columbia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.112**<br>☐ Schedule G _____<br>**Town of Hanover** |
| 3.21  **Roger W. Kent & Company, Inc.**<br>**195 Columbia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.123**<br>☐ Schedule G _____<br>**WPLM-FM** |
| 3.22  **Roger W. Kent & Company, Inc.**<br>**195 Columbia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.1**<br>☐ Schedule G _____<br>**1st Merchant Funding** |
| 3.23  **Roger W. Kent & Company, Inc.**<br>**195 Columbia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.60**<br>☐ Schedule G _____<br>**Expansion Capital** |
| 3.24  **Roger W. Kent & Company, Inc.**<br>**195 Columbia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.74**<br>☐ Schedule G _____<br>**Mountain Once Bank** |
| 3.25  **Roger W. Kent & Company, Inc.**<br>**195 Columbia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.72**<br>☐ Schedule G _____<br>**Mohawk** |
| 3.26  **Roger W. Kent & Company, Inc.**<br>**195 Columbia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.96**<br>☐ Schedule G _____<br>**Shaw Industries** |
| 3.27  **Roger W. Kent & Company, Inc.**<br>**195 Columbia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.67**<br>☐ Schedule G _____<br>**J&P Hyannis Trustf** |

| Debtor 1 | Scott H. Burnham | Case number *(if known)* | 19-12715 |
|---|---|---|---|
| | Wendy L. Burnham | | |

| | Additional Page to List More Codebtors |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.28 **Roger W. Kent & Company, Inc.**
**195 Columbia Road**
**Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line __4.115__
☐ Schedule G _____
**Unicorn Realty**

---

3.29 **Roger W. Kent & Company, Inc.**
**195 Columbia Road**
**Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line __4.6__
☐ Schedule G _____
**Anchor Press**

---

3.30 **Roger W. Kent & Company, Inc.**
**195 Columbia Road**
**Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line __4.7__
☐ Schedule G _____
**Ascensus**

---

3.31 **Roger W. Kent & Company, Inc.**
**195 Columbia Road**
**Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line __4.9__
☐ Schedule G _____
**AT&T**

---

3.32 **Roger W. Kent & Company, Inc.**
**195 Columbia Road**
**Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line __4.12__
☐ Schedule G _____
**Baroque Flooring**

---

3.33 **Roger W. Kent & Company, Inc.**
**195 Columbia Road**
**Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line __4.22__
☐ Schedule G _____
**Braun's Express**

---

3.34 **Roger W. Kent & Company, Inc.**
**195 Columbia Road**
**Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line __4.45__
☐ Schedule G _____
**Comcast**

---

3.35 **Roger W. Kent & Company, Inc.**
**195 Columbia Road**
**Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line __4.54__
☐ Schedule G _____
**Dixie Group**

---

| Debtor 1 | **Scott H. Burnham** | |
| | **Wendy L. Burnham** | Case number *(if known)*   **19-12715** |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.36   **Roger W. Kent & Company, Inc.**<br>**195 Columbia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.55**___<br>☐ Schedule G _____<br>**Dreamweaver** |
| 3.37   **Roger W. Kent & Company, Inc.**<br>**195 Columbia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.56**___<br>☐ Schedule G _____<br>**Dynamic Rug** |
| 3.38   **Roger W. Kent & Company, Inc.**<br>**195 Columbia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.57**___<br>☐ Schedule G _____<br>**East Coast Telecom** |
| 3.39   **Roger W. Kent & Company, Inc.**<br>**195 Columbia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.59**___<br>☐ Schedule G _____<br>**Eversourcer** |
| 3.40   **Roger W. Kent & Company, Inc.**<br>**195 Columbia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.63**___<br>☐ Schedule G _____<br>**Flooring America** |
| 3.41   **Roger W. Kent & Company, Inc.**<br>**195 Columbia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.64**___<br>☐ Schedule G _____<br>**Gatehouse Media** |
| 3.42   **Roger W. Kent & Company, Inc.**<br>**195 Columbia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.65**___<br>☐ Schedule G _____<br>**Greenstreet Recycling** |
| 3.43   **Roger W. Kent & Company, Inc.**<br>**195 Columbia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.66**___<br>☐ Schedule G _____<br>**Gulf Oil** |

Debtor 1    **Scott H. Burnham**
**Wendy L. Burnham**                                    Case number *(if known)*    **19-12715**

| | Additional Page to List More Codebtors |
|---|---|
| | Column 1: **Your codebtor** |

Column 2: **The creditor to whom you owe the debt**
Check all schedules that apply:

---

3.44    **Roger W. Kent & Company, Inc.**
**195 Columbia Road**
**Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.68___
☐ Schedule G _____
**Kenneth Najarian**

---

3.45    **Roger W. Kent & Company, Inc.**
**195 Columbia Road**
**Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.69___
☐ Schedule G _____
**Louis De Poortere**

---

3.46    **Roger W. Kent & Company, Inc.**
**195 Columbia road**
**Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.71___
☐ Schedule G _____
**Mass Department of Transportation**

---

3.47    **Roger W. Kent & Company, Inc.**
**195 Columbia Road**
**Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.73___
☐ Schedule G _____
**Momeni**

---

3.48    **Roger W. Kent & Company, Inc.**
**195 Columbia Road**
**Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.77___
☐ Schedule G _____
**MSB-KC**

---

3.49    **Roger W. Kent & Company, Inc.**
**195 Columbia Road**
**Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.78___
☐ Schedule G _____
**National Grid**

---

3.50    **Roger W. Kent & Company, Inc.**
**195 Columbia Road**
**Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.79___
☐ Schedule G _____
**Neighborhood Network**

---

3.51    **Roger W. Kent & Company, Inc.**
**195 Columbia Road**
**Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.83___
☐ Schedule G _____
**NRF Distributors**

---

| Debtor 1 | **Scott H. Burnham** | Case number *(if known)* | **19-12715** |
| | **Wendy L. Burnham** | | |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

| 3.52 | **Roger W. Kent & Company, Inc.**<br>**195 Columbia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.85___<br>☐ Schedule G _____<br>**Peter Burnham** |

| 3.53 | **Roger W. Kent & Company, Inc.**<br>**195 Columbia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.88___<br>☐ Schedule G _____<br>**Radici USA** |

| 3.54 | **Roger W. Kent & Company, Inc.**<br>**195 Columbia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.95___<br>☐ Schedule G _____<br>**Sharkey, Joseph** |

| 3.55 | **Roger W. Kent & Company, Inc.**<br>**195 Columbia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.97___<br>☐ Schedule G _____<br>**Shell Fleet** |

| 3.56 | **Roger W. Kent & Company, Inc.**<br>**195 Columbia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.106___<br>☐ Schedule G _____<br>**Southwind** |

| 3.57 | **Roger W. Kent & Company, Inc.**<br>**195 Columbia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.108___<br>☐ Schedule G _____<br>**Stanton Carpets Corp** |

| 3.58 | **Roger W. Kent & Company, Inc.**<br>**195 Columbia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.110___<br>☐ Schedule G _____<br>**Telco Experts** |

| 3.59 | **Roger W. Kent & Company, Inc.**<br>**195 Columbia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.113___<br>☐ Schedule G _____<br>**Town of Rockland** |

Debtor 1    **Scott H. Burnham**
**Wendy L. Burnham**                    Case number *(if known)*    **19-12715**

| | **Additional Page to List More Codebtors** |
|---|---|
| | *Column 1:* **Your codebtor** |

*Column 2:* **The creditor to whom you owe the debt**
Check all schedules that apply:

---

3.60    **Roger W. Kent & Company, Inc.**
**195 Columbia Road**
**Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.114**___
☐ Schedule G _____
**Uline**

---

3.61    **Roger W. Kent & Company, Inc.**
**195 Columbia Road**
**Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.116**___
☐ Schedule G _____
**US Floors**

---

3.62    **Roger W. Kent & Company, Inc.**
**195 Columbia Road**
**Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.117**___
☐ Schedule G _____
**Verizon**

---

3.63    **Roger W. Kent & Company, Inc.**
**195 Columbia Road**
**Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.118**___
☐ Schedule G _____
**Versatrim**

---

3.64    **Roger W. Kent & Company, Inc.**
**195 Columbia Road**
**Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.119**___
☐ Schedule G _____
**W. B. Mason**

---

3.65    **Roger W. Kent & Company, Inc.**
**195 Columbia Road**
**Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.121**___
☐ Schedule G _____
**William Sinclair Electric, Co., Inc.**

---

3.66    **Roger W. Kent & company, Inc.**
**195 Columbia Road**
**Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.2**___
☐ Schedule G _____
**Ainsworth, Kevin**

---

3.67    **Roger W. Kent & company, Inc.**
**195 Columbia Road**
**Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line ___**2.2**___
☐ Schedule G _____
**Barr, Amy**

---

| Debtor 1 | **Scott H. Burnham** **Wendy L. Burnham** | Case number *(if known)* | **19-12715** |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.68 **Roger W. Kent & company, Inc.** **195 Columbia Road** **Hanover, MA 02339** | ☐ Schedule D, line _____ ■ Schedule E/F, line __2.3__ ☐ Schedule G _____ **Basler, Brian** |
| 3.69 **Roger W. Kent & company, Inc.** **195 Columbia Road** **Hanover, MA 02339** | ☐ Schedule D, line _____ ■ Schedule E/F, line __2.4__ ☐ Schedule G _____ **Bell, Vickie** |
| 3.70 **Roger W. Kent & company, Inc.** **195 Colmbia Road** ` **Hanover, MA 02339** | ☐ Schedule D, line _____ ■ Schedule E/F, line __2.5__ ☐ Schedule G _____ **Blake, Steven** |
| 3.71 **Roger W. Kent & company, Inc.** **195 Columbia Road** **Hanover, MA 02339** | ☐ Schedule D, line _____ ■ Schedule E/F, line __2.6__ ☐ Schedule G _____ **Bohan, Linda** |
| 3.72 **Roger W. Kent & company, Inc.** **195 Columbia Road** **Hanover, MA 02339** | ☐ Schedule D, line _____ ■ Schedule E/F, line __2.7__ ☐ Schedule G _____ **Bottomley, Dottie** |
| 3.73 **Roger W. Kent & Company, Inc.** **195 Columbia Road** **Hanover, MA 02339** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.23__ ☐ Schedule G _____ **Buonopane, Fran** |
| 3.74 **Roger W. Kent & Company, Inc.** **195 Columbia Road** **Hanover, MA 02339** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.24__ ☐ Schedule G _____ **Burnham, Joshua** |
| 3.75 **Roger W. Kent & Company, Inc.** **195 Columbia Road** **Hanover, MA 02339** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.25__ ☐ Schedule G _____ **Cadigan, Colleen** |

Debtor 1   **Scott H. Burnham**
           **Wendy L. Burnham**                              Case number *(if known)*   **19-12715**

| | |
|---|---|
| ████ | **Additional Page to List More Codebtors** |

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.76   **Roger W. Kent & Company, Inc.**
       **195 Columbia Road**
       **Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.26___
☐ Schedule G _____
**Cadigan, Colleen**

3.77   **Roger W. Kent & Company, Inc.**
       **195 Colubia Road**
       **Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.27___
☐ Schedule G _____
**Calabro, Jack & Diane**

3.78   **Roger W. Kent & Company, Inc.**
       **195 Columbia Road**
       **Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.28___
☐ Schedule G _____
**Calnan, John**

3.79   **Roger W. Kent & Company, Inc.**
       **195 Columbia Road**
       **Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.31___
☐ Schedule G _____
**Carr, Kristian**

3.80   **Roger W. Kent & Company, Inc.**
       **195 Columbia Road**
       **Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.32___
☐ Schedule G _____
**Case, Barbara**

3.81   **Roger W. Kent & Company, Inc.**
       **195 Columbia Road**
       **Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.33___
☐ Schedule G _____
**Casey, Anette**

3.82   **Roger W. Kent & Company, Inc.**
       **195 Columbia Road**
       **Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.34___
☐ Schedule G _____
**Casey, Annette**

3.83   **Roger W. Kent & Company, Inc.**
       **195 Columbia Rooad**
       **Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.42___
☐ Schedule G _____
**Clark, Christine**

Debtor 1  **Scott H. Burnham**
**Wendy L. Burnham**                                      Case number *(if known)*  **19-12715**

| | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.84  **Roger W. Kent & Company, Inc.**
       **195 Columbia Road**
       **Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.43**___
☐ Schedule G _____
**Coleman, Rosemary**

3.85  **Roger W. Kent & Company, Inc.**
       **195 Columbia Road**
       **Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.47**___
☐ Schedule G _____
**Connelley, Christopher**

3.86  **Roger W. Kent & Company, Inc.**
       **195 Columbia Road**
       **Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.48**___
☐ Schedule G _____
**Connors, William**

3.87  **Roger W. Kent & Company, Inc.**
       **195 Columbia Road**
       **Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.49**___
☐ Schedule G _____
**Conover, Justin**

3.88  **Roger W. Kent & Company, Inc.**
       **195 Columbia Road**
       **Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.50**___
☐ Schedule G _____
**Conover, Mark**

3.89  **Roger W. Kent & Company, Inc.**
       **195 Columbia Road**
       **Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.51**___
☐ Schedule G _____
**Conrad, Meredith**

3.90  **Roger W. Kent & Company, Inc.**
       **195 Columbia Road**
       **Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.52**___
☐ Schedule G _____
**Cryan, Deanna**

3.91  **Roger W. Kent & Company, Inc.**
       **195 Columbia Road**
       **Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line ___**2.10**___
☐ Schedule G _____
**D'Andrea, Steven**

Debtor 1    **Scott H. Burnham**
　　　　　　**Wendy L. Burnham**　　　　　　　　　　　　　　Case number *(if known)*　**19-12715**

| ██████ | **Additional Page to List More Codebtors** | |
|---|---|---|
| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.92　**Roger W. Kent & Company, Inc.**
　　　　**195 Columbia Road**
　　　　**Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line ____2.11____
☐ Schedule G _____
**Daignault, Steve**

3.93　**Roger W. Kent & Company, Inc.**
　　　　**195 Columbia Road**
　　　　**Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line ____2.12____
☐ Schedule G _____
**Dandrow, Patricia**

3.94　**Roger W. Kent & Company, Inc.**
　　　　**195 Columbia Road**
　　　　**Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line ____2.13____
☐ Schedule G _____
**Delacy, Courtney**

3.95　**Roger W. Kent & Company, Inc.**
　　　　**195 Columbiar Road**
　　　　**Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line ____2.15____
☐ Schedule G _____
**Edelhauser, Norma**

3.96　**Roger W. Kent & Company, Inc.**
　　　　**195 Columbia Road**
　　　　**Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line ____2.16____
☐ Schedule G _____
**Farrow**

3.97　**Roger W. Kent & Company, Inc.**
　　　　**195 Columbia Road**
　　　　**Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line ____2.18____
☐ Schedule G _____
**Foley, Mike**

3.98　**Roger W. Kent & Company, Inc.**
　　　　**195 Columbia Road**
　　　　**Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line ____2.19____
☐ Schedule G _____
**Fordyce, Kirk**

3.99　**Roger W. Kent & Company, Inc.**
　　　　**195 Columbia Road**
　　　　**Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line ____2.20____
☐ Schedule G _____
**Gardner, Patty**

| Debtor 1 | **Scott H. Burnham** | | Case number *(if known)* | **19-12715** |
|---|---|---|---|---|
| | **Wendy L. Burnham** | | | |

| ■ | **Additional Page to List More Codebtors** |
|---|---|

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.10<br>0 | **Roger W. Kent & Company, Inc.**<br>**195 Columbia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**2.21**___<br>☐ Schedule G _____<br>**Gaughran, Joann** |
| 3.10<br>1 | **Roger W. Kent & Company, Inc.**<br>**195 Columbia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**2.22**___<br>☐ Schedule G _____<br>**Glennon, Brian** |
| 3.10<br>2 | **Roger W. Kent & Company, Inc.**<br>**195 Columbia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**2.23**___<br>☐ Schedule G _____<br>**Green, Barbara** |
| 3.10<br>3 | **Roger W. Kent & Company, Inc.**<br>**195 Columbia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**2.24**___<br>☐ Schedule G _____<br>**Harding, Michael** |
| 3.10<br>4 | **Roger W. Kent & Company, Inc.**<br>**195 Columbia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**2.25**___<br>☐ Schedule G _____<br>**Harrington, Laura** |
| 3.10<br>5 | **Roger W. Kent & Company, Inc.**<br>**195 Columbia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**2.26**___<br>☐ Schedule G _____<br>**Harrington, Lisa** |
| 3.10<br>6 | **Roger W. Kent & Company, Inc.**<br>**195 Colubia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**2.27**___<br>☐ Schedule G _____<br>**Healy, Bonnie** |
| 3.10<br>7 | **Roger W. Kent & Company, Inc.**<br>**195 Columbia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**2.30**___<br>☐ Schedule G _____<br>**Jackisch, Kirk** |

| Debtor 1 | **Scott H. Burnham**<br>**Wendy L. Burnham** | Case number *(if known)* | **19-12715** |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.10<br>8 | **Roger W. Kent & Company, Inc.**<br>**195 Colubia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___2.44___<br>☐ Schedule G _____<br>**Library, James** |
| 3.10<br>9 | **Roger W. Kent & Company, Inc.**<br>**195 Columbia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___2.31___<br>☐ Schedule G _____<br>**Joyce, Barbara & Bob** |
| 3.11<br>0 | **Roger W. Kent & Company, Inc.**<br>**195 Colubia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___2.32___<br>☐ Schedule G _____<br>**Keenan, Laurie** |
| 3.11<br>1 | **Roger W. Kent & Company, Inc.**<br>**195 Colubia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___2.33___<br>☐ Schedule G _____<br>**Kelley, Patricia** |
| 3.11<br>2 | **Roger W. Kent & Company, Inc.**<br>**195 Columbia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___2.34___<br>☐ Schedule G _____<br>**Kelly, Bruce & Joann** |
| 3.11<br>3 | **Roger W. Kent & Company, Inc.**<br>**195 Columbia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___2.35___<br>☐ Schedule G _____<br>**Kmito, Gina** |
| 3.11<br>4 | **Roger W. Kent & Company, Inc.**<br>**195 Columbia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___2.36___<br>☐ Schedule G _____<br>**Lachance, Nichole** |
| 3.11<br>5 | **Roger W. Kent & Company, Inc.**<br>**195 Columbia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___2.37___<br>☐ Schedule G _____<br>**Lagsdin, Deloris** |

Debtor 1    **Scott H. Burnham**
**Wendy L. Burnham**                                    Case number *(if known)*    **19-12715**

| ▮ | **Additional Page to List More Codebtors** |
|---|---|

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.11<br>6 | **Roger W. Kent & Company, Inc.**<br>**195 Columbia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.38__<br>☐ Schedule G _____<br>**Lagsdin, Deloris** |
| 3.11<br>7 | **Roger W. Kent & Company, Inc.**<br>**195 Columbia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.39__<br>☐ Schedule G _____<br>**Leary, Kevin** |
| 3.11<br>8 | **Roger W. Kent & Company, Inc.**<br>**195 Columbia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.40__<br>☐ Schedule G _____<br>**Lee, Stewart** |
| 3.11<br>9 | **Roger W. Kent & Company, Inc.**<br>**195 Columbia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.41__<br>☐ Schedule G _____<br>**Leishman, Robert** |
| 3.12<br>0 | **Roger W. Kent & Company, Inc.**<br>**195 Columbia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.43__<br>☐ Schedule G _____<br>**Lennon, William** |
| 3.12<br>1 | **Roger W. Kent & Company, Inc.**<br>**195 Columbia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.42__<br>☐ Schedule G _____<br>**Lennon, Richard** |
| 3.12<br>2 | **Roger W. Kent & Company, Inc.**<br>**195 Columbia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.45__<br>☐ Schedule G _____<br>**Lindstrom, Alice** |
| 3.12<br>3 | **Roger W. Kent & Company, Inc.**<br>**195 Columbia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.46__<br>☐ Schedule G _____<br>**Locke, Penny** |

| Debtor 1 | Scott H. Burnham |  |
|---|---|---|
|  | Wendy L. Burnham |  |

Case number *(if known)*  **19-12715**

| ▮ | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.12 4   **Roger W. Kent & Company, Inc.**
**195 Columbia Road**
**Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line ___2.47___
☐ Schedule G _____
**Maggio, Karen**

---

3.12 5   **Roger W. Kent & Company, Inc.**
**195 Columbia Road**
**Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line ___2.48___
☐ Schedule G _____
**Maggio, Karen**

---

3.12 6   **Roger W. Kent & Company, Inc.**
**195 Columbia Road**
**Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line ___2.49___
☐ Schedule G _____
**Maiellano, Elizabeth**

---

3.12 7   **Roger W. Kent & Company, Inc.**
**195 Columbia Road**
**Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line ___2.50___
☐ Schedule G _____
**Maiellano, Elizabeth**

---

3.12 8   **Roger W. Kent & Company, Inc.**
**195 Columbia Road**
**Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line ___2.51___
☐ Schedule G _____
**Massachusetts Department of Revenue**

---

3.12 9   **Roger W. Kent & Company, Inc.**
**195 Columbia Road**
**Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line ___2.52___
☐ Schedule G _____
**Massachusetts Department of Revenue**

---

3.13 0   **Roger W. Kent & Company, Inc.**
**195 Columbia Road**
**Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line ___2.53___
☐ Schedule G _____
**McBain, Judy**

---

3.13 1   **Roger W. Kent & Company, Inc.**
**195 Ckolumbia Road**
**Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line ___2.54___
☐ Schedule G _____
**Meade, Lisa**

---

Debtor 1    **Scott H. Burnham**
**Wendy L. Burnham**                                      Case number *(if known)*    **19-12715**

| | **Additional Page to List More Codebtors** |
|---|---|

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |

3.13
2    **Roger W. Kent & Company, Inc.**
     **195 Columbia Road**
     **Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line    **2.55**
☐ Schedule G _____
**Meany, Patricia**

3.13
3    **Roger W. Kent & Company, Inc.**
     **195 Columbia Road**
     **Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line    **2.56**
☐ Schedule G _____
**Mosesso, Patricia**

3.13
4    **Roger W. Kent & Company, Inc.**
     **195 Columbia Road**
     **Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line    **2.57**
☐ Schedule G _____
**Nakata, Jennifer**

3.13
5    **Roger W. Kent & Company, Inc.**
     **195 Columbia Road**
     **Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line    **2.58**
☐ Schedule G _____
**Norris, Sara**

3.13
6    **Roger W. Kent & Company, Inc.**
     **195 Columbia Road**
     **Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line    **2.59**
☐ Schedule G _____
**O'Connell, Brian**

3.13
7    **Roger W. Kent & Company, Inc.**
     **195 Columbia Road**
     **Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line    **2.60**
☐ Schedule G _____
**O'Donell, Phyllis**

3.13
8    **Roger W. Kent & Company, Inc.**
     **195 Colubia Road**
     **Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line    **2.61**
☐ Schedule G _____
**O'Leary, Patricia**

3.13
9    **Roger W. Kent & Company, Inc.**
     **195 Columbia Raod**
     **Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line    **2.62**
☐ Schedule G _____
**Perry, Cathy**

| | | |
|---|---|---|
| Debtor 1 | **Scott H. Burnham**<br>**Wendy L. Burnham** | Case number *(if known)*    **19-12715** |

| Additional Page to List More Codebtors | |
|---|---|
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

| 3.140 | **Roger W. Kent & Company, Inc.**<br>**195 Columbia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **2.64**<br>☐ Schedule G _____<br>**Pla, Jamie** |
|---|---|---|
| 3.141 | **Roger W. Kent & Company, Inc.**<br>**195 Columbia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **2.65**<br>☐ Schedule G _____<br>**Plausse, Lucy** |
| 3.142 | **Roger W. Kent & Company, Inc.**<br>**195 Colubia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **2.66**<br>☐ Schedule G _____<br>**Plumer, Nancy** |
| 3.143 | **Roger W. Kent & Company, Inc.**<br>**195 Columbia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **2.67**<br>☐ Schedule G _____<br>**Ricciardi, Rocko** |
| 3.144 | **Roger W. Kent & Company, Inc.**<br>**195 Columbia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **2.68**<br>☐ Schedule G _____<br>**Richards, Lisa** |
| 3.145 | **Roger W. Kent & Company, Inc.**<br>**195 Columbia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **2.69**<br>☐ Schedule G _____<br>**Ruznak, Beth** |
| 3.146 | **Roger W. Kent & Company, Inc.**<br>**195 Columbia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **2.70**<br>☐ Schedule G _____<br>**Ryan, Fred** |
| 3.147 | **Roger W. Kent & Company, Inc.**<br>**195 Columbia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **2.71**<br>☐ Schedule G _____<br>**Sanmarco, Mark** |

| Debtor 1 | Scott H. Burnham<br>Wendy L. Burnham | Case number *(if known)* | **19-12715** |
|---|---|---|---|

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.148
**Roger W. Kent & Company, Inc.**
**195 Columbia Raod**
**Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line   **2.72**
☐ Schedule G _____
**Seer, Teresa**

3.149
**Roger W. Kent & Company, Inc.**
**195 Columbia Road**
**Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line   **2.73**
☐ Schedule G _____
**Seer, Teresa**

3.150
**Roger W. Kent & Company, Inc.**
**195 Columbia Road**
**Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line   **2.74**
☐ Schedule G _____
**Sigrist, Richard**

3.151
**Roger W. Kent & Company, Inc.**
**195 Columbia Road**
**Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line   **2.75**
☐ Schedule G _____
**Silva, Chuck**

3.152
**Roger W. Kent & Company, Inc.**
**195 Columbia Road**
**Carver, MA 02330-9000**

☐ Schedule D, line _____
■ Schedule E/F, line   **2.76**
☐ Schedule G _____
**Stanton, Hillie**

3.153
**Roger W. Kent & Company, Inc.**
**195 Columbia Road**
**Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line   **2.77**
☐ Schedule G _____
**Striebel, Michelle**

3.154
**Roger W. Kent & Company, Inc.**
**195 Columbia Road**
**Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line   **2.78**
☐ Schedule G _____
**Strong, Patricia**

3.155
**Roger W. Kent & Company, Inc.**
**195 Columbia Road**
**Hanover, MA 02339**

☐ Schedule D, line _____
■ Schedule E/F, line   **2.79**
☐ Schedule G _____
**Sweeney, Jay**

| Debtor 1 | **Scott H. Burnham**<br>**Wendy L. Burnham** | Case number *(if known)* | **19-12715** |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.15<br>6 | **Roger W. Kent & Company, Inc.**<br>**195 Columbia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line _**2.80**_<br>☐ Schedule G _____<br>**T & D Reality** |
| 3.15<br>7 | **Roger W. Kent & Company, Inc.**<br>**195 Columbia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line _**2.81**_<br>☐ Schedule G _____<br>**Tibert, James** |
| 3.15<br>8 | **Roger W. Kent & Company, Inc.**<br>**195 Columbia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line _**2.82**_<br>☐ Schedule G _____<br>**Wallace, Lynn** |
| 3.15<br>9 | **Roger W. Kent & Company, Inc.**<br>**195 Columbia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line _**2.83**_<br>☐ Schedule G _____<br>**Walsh, Mila** |
| 3.16<br>0 | **Roger W. Kent & Company, Inc.**<br>**195 Columbia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line _**2.84**_<br>☐ Schedule G _____<br>**White, Melissa** |
| 3.16<br>1 | **Roger W. Kent & Company, Inc.**<br>**195 Colubia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line _**2.85**_<br>☐ Schedule G _____<br>**Wienberg, Joe & Erica** |
| 3.16<br>2 | **Roger W. Kent & Company, Inc.**<br>**195 Columbia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line _**2.86**_<br>☐ Schedule G _____<br>**Wilson, Robert** |
| 3.16<br>3 | **Roger W. Kent & Company, Inc.**<br>**195 Columbia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line _**2.87**_<br>☐ Schedule G _____<br>**Wood, Lois** |

| Debtor 1 | Scott H. Burnham<br>Wendy L. Burnham | Case number *(if known)* | **19-12715** |
|---|---|---|---|

| ■ **Additional Page to List More Codebtors** | |
|---|---|
| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

| 3.16<br>4 | **Roger W. Kent & Company, Inc.**<br>**195 Columbia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line _**2.88**_<br>☐ Schedule G _____<br>**Zemotel, Joe & Meg** |
|---|---|---|
| 3.16<br>5 | **Roger W. Kent & Company, Inc.**<br>**195 Columbia Road**<br>**Hanover, MA 02339** | ☐ Schedule D, line _____<br>■ Schedule E/F, line _**2.89**_<br>☐ Schedule G _____<br>**Zoltowslki, Emily** |
| 3.16<br>6 | **Roger W. Kent & Company, LLC** | ☐ Schedule D, line _____<br>■ Schedule E/F, line _**4.81**_<br>☐ Schedule G _____<br>**Nissan Motor Acceptance** |
| 3.16<br>7 | **Thomaas R. Rypkema**<br>**160 String Street**<br>**Pembroke, MA 02359**<br>**Guarantor** | ☐ Schedule D, line _____<br>■ Schedule E/F, line _**4.96**_<br>☐ Schedule G _____<br>**Shaw Industries** |
| 3.16<br>8 | **Thomas J. Rypkema**<br>**160 Spring Street**<br>**Pembroke, MA 02359**<br>**Guarantor** | ☐ Schedule D, line _____<br>■ Schedule E/F, line _**4.72**_<br>☐ Schedule G _____<br>**Mohawk** |
| 3.16<br>9 | **Thomas P. Rypkema**<br>**160 Spring Street**<br>**Pembroke, MA 02359**<br>**Guarantor** | ☐ Schedule D, line _____<br>■ Schedule E/F, line _**4.75**_<br>☐ Schedule G _____<br>**Mountain One Bank** |
| 3.17<br>0 | **Thomas R. Rypkema**<br>**160 String Street**<br>**Pembroke, MA 02359**<br>**Guarantor** | ☐ Schedule D, line _____<br>■ Schedule E/F, line _**4.76**_<br>☐ Schedule G _____<br>**Mountain One Bank** |
| 3.17<br>1 | **Thomas R. Rypkema**<br>**160 Spring Street**<br>**Pembroke, MA 02359** | ☐ Schedule D, line _____<br>■ Schedule E/F, line _**4.124**_<br>☐ Schedule G _____<br>**Yacobian Route 53 Realty Trust** |

| Debtor 1 | **Scott H. Burnham** **Wendy L. Burnham** | Case number *(if known)* | **19-12715** |

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.17 2 | **Thomas R. Rypkema** **160 String Street** **Pembroke, MA 02359** **Guarantor** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.74__ ☐ Schedule G _____ **Mountain Once Bank** |
| 3.17 3 | **Thomas R. Rypkema** **160 String Street** **Pembroke, MA 02359** | ☐ Schedule D, line _____ ■ Schedule E/F, line __2.51__ ☐ Schedule G _____ **Massachusetts Department of Revenue** |
| 3.17 4 | **Thomas R. Rypkema** **160 Spring Street** **Pembroke, MA 02359** | ☐ Schedule D, line _____ ■ Schedule E/F, line __2.52__ ☐ Schedule G _____ **Massachusetts Department of Revenue** |
| 3.17 5 | **Thomas Rypkema** **160 String Street** **Pembroke, MA 02359** **Guarantor** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.1__ ☐ Schedule G _____ **1st Merchant Funding** |
| 3.17 6 | **Thomas Rypkema** **160 Spring Street** **Pembroke, MA 02359** **Guarantor** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.60__ ☐ Schedule G _____ **Expansion Capital** |
| 3.17 7 | **Thomas Rypkema** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.67__ ☐ Schedule G _____ **J&P Hyannis Trustf** |
| 3.17 8 | **Thomas Rypkema** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.115__ ☐ Schedule G _____ **Unicorn Realty** |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Scott H. Burnham** |
| Debtor 2 (Spouse, if filing) | **Wendy L. Burnham** |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS - EASTERN DIVISION |
| Case number (If known) | **19-12715** |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☐ Employed<br>■ Not employed | ■ Employed<br>☐ Not employed |
| Occupation | **Disabled** | **Para Professional** |
| Employer's name | | **Scituate Public Schools** |
| Employer's address | | **and St. George Pharmacy Pharmacy Tech 435 Furnace Street, 8 mo. Marshfield, MA 02050** |
| How long employed there? | | **4 months** |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 0.00 | $ 2,641.21 |
| 3. | **Estimate and list monthly overtime pay.** | 3. +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. $ 0.00 | $ 2,641.21 |

| Debtor 1 | **Scott H. Burnham** |
| Debtor 2 | **Wendy L. Burnham** |

Case number (*if known*)  **19-12715**

| | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| **Copy line 4 here** | 4. | $ 0.00 | $ 2,641.21 |

5. **List all payroll deductions:**

| | | | | |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 252.10 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. | **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. | **Other deductions.** Specify: | 5h.+ | $ 0.00 + | $ 0.00 |

| | | | | |
|---|---|---|---|---|
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ 252.10 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ 2,389.11 |

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.

| | | | |
|---|---|---|---|
| | 8a. | $ 0.00 | $ 0.00 |

| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
|---|---|---|---|---|

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.

| | 8c. | $ 0.00 | $ 0.00 |
|---|---|---|---|

| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
|---|---|---|---|---|
| 8e. | **Social Security** | 8e. | $ 2,553.00 | $ 0.00 |

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify:

| | 8f. | $ 0.00 | $ 0.00 |
|---|---|---|---|

| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
|---|---|---|---|---|
| 8h. | **Other monthly income.** Specify: **Odd Jobs** | 8h.+ | $ 1,000.00 + | $ 0.00 |

| | | | | |
|---|---|---|---|---|
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 3,553.00 | $ 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10. | **Calculate monthly income.** Add line 7 + line 9.  Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 3,553.00 + | $ 2,389.11 = | $ 5,942.11 |

11. **State all other regular contributions to the expenses that you list in *Schedule J.***
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify:

| | 11. +$ 0.00 |
|---|---|

12. **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies

| | 12. | $ 5,942.11 |
|---|---|---|

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

■ No.

☐ Yes. Explain:

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Scott H. Burnham** |
| Debtor 2 (Spouse, if filing) | **Wendy L. Burnham** |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS - EASTERN DIVISION |
| Case number (If known) | **19-12715** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses                                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1.  **Is this a joint case?**

☐ No. Go to line 2.

■ Yes. **Does Debtor 2 live in a separate household?**

■ No

☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**   ☐ No

Do not list Debtor 1 and Debtor 2.

Do not state the dependents names.

■ Yes. Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Daughter** | **13** | ☐ No   ■ Yes |
| **Son** | **17** | ☐ No   ■ Yes |
| | | ☐ No   ☐ Yes |
| | | ☐ No   ☐ Yes |

3.  **Do you include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | **Your expenses** |
|---|---|

| | | | |
|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ | **2,417.00** |
| | **If not included in line 4:** | | |
| 4a. | Real estate taxes | 4a. $ | **0.00** |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | **0.00** |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | **100.00** |
| 4d. | Homeowner's association or condominium dues | 4d. $ | **0.00** |
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. $ | **240.00** |

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Scott H. Burnham** | | | |
| Debtor 2 | **Wendy L. Burnham** | | Case number (if known) | **19-12715** |

6.  **Utilities:**

    6a.   Electricity, heat, natural gas                            6a.  $        **500.00**

    6b.   Water, sewer, garbage collection                        6b.  $        **90.00**

    6c.   Telephone, cell phone, Internet, satellite, and cable services  6c.  $        **225.00**

    6d.   Other. Specify:                                  6d.  $         **0.00**

7.  **Food and housekeeping supplies**                      7.  $    **1,000.00**

8.  **Childcare and children's education costs**             8.  $        **30.00**

9.  **Clothing, laundry, and dry cleaning**               9.  $      **100.00**

10.  **Personal care products and services**            10.  $         **0.00**

11.  **Medical and dental expenses**                11.  $      **200.00**

12.  **Transportation.** Include gas, maintenance, bus or train fare.

     Do not include car payments.                      12.  $         **0.00**

13.  **Entertainment, clubs, recreation, newspapers, magazines, and books**  13.  $      **100.00**

14.  **Charitable contributions and religious donations**      14.  $         **0.00**

15.  **Insurance.**

    Do not include insurance deducted from your pay or included in lines 4 or 20.

    15a.  Life insurance                               15a.  $      **190.00**

    15b.  Health insurance                           15b.  $      **275.00**

    15c.  Vehicle insurance                         15c.  $      **420.00**

    15d.  Other insurance. Specify:                   15d.  $         **0.00**

16.  **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.

    Specify:  **IRS**                               16.  $      **100.00**

17.  **Installment or lease payments:**

    17a.  Car payments for Vehicle 1                17a.  $      **301.98**

    17b.  Car payments for Vehicle 2                17b.  $         **0.00**

    17c.  Other. Specify:                       17c.  $         **0.00**

    17d.  Other. Specify:                       17d.  $         **0.00**

18.  **Your payments of alimony, maintenance, and support that you did not report as
deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**  18.  $         **0.00**

19.  **Other payments you make to support others who do not live with you.**         $         **0.00**

    Specify:                                    19.

20.  **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***

    20a.  Mortgages on other property              20a.  $         **0.00**

    20b.  Real estate taxes                         20b.  $         **0.00**

    20c.  Property, homeowner's, or renter's insurance    20c.  $         **0.00**

    20d.  Maintenance, repair, and upkeep expenses     20d.  $         **0.00**

    20e.  Homeowner's association or condominium dues    20e.  $         **0.00**

21.  **Other:** Specify:                          21.  +$         **0.00**

22.  **Calculate your monthly expenses**

    22a.  Add lines 4 through 21.                    $    **6,288.98**

    22b.  Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2  $

    22c.  Add line 22a and 22b.  The result is your monthly expenses.    $    **6,288.98**

23.  **Calculate your monthly net income.**

    23a.  Copy line 12 *(your combined monthly income)* from Schedule I.  23a.  $    **5,942.11**

    23b.  Copy your monthly expenses from line 22c above.    23b.  -$    **6,288.98**

    23c.  Subtract your monthly expenses from your monthly income.
The result is your *monthly net income.*    23c.  $    **-346.87**

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a
modification to the terms of your mortgage?

    ■ No.

    ☐ Yes.      | Explain here: |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Scott H. Burnham** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Wendy L. Burnham** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS - EASTERN DIVISION |
| Case number | **19-12715** |
| (if known) | |

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Scott H. Burnham**                              X **/s/ Wendy L. Burnham**
  **Scott H. Burnham**                                     **Wendy L. Burnham**
  Signature of Debtor 1                                   Signature of Debtor 2

Date **September  6, 2019**                        Date **September  6, 2019**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Scott H. Burnham** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Wendy L. Burnham** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS - EASTERN DIVISION |
| Case number (if known) | 19-12715 |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy
**4/19**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

1.   **What is your current marital status?**

   ■ Married
   ☐ Not married

2.   **During the last 3 years, have you lived anywhere other than where you live now?**

   ■ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

3.   **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ■ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2    Explain the Sources of Your Income

4.   **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | ■ Wages, commissions, bonuses, tips | $1,250.00 | ■ Wages, commissions, bonuses, tips | $9,319.07 |
| | ☐ Operating a business | | ☐ Operating a business | |

| Debtor 1 | **Scott H. Burnham** | | | | |
| Debtor 2 | **Wendy L. Burnham** | | | Case number *(if known)* | **19-12715** |

| | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>**(January 1 to December 31, 2018 )** | ■ Wages, commissions, bonuses, tips | $65,565.00 | ■ Wages, commissions, bonuses, tips | $40,320.00 |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2017 )** | ■ Wages, commissions, bonuses, tips | $109,980.00 | ■ Wages, commissions, bonuses, tips | $65,520.00 |
| | ☐ Operating a business | | ☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ■ Yes. Fill in the details.

| | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | **Social Security** | $4,834.00 | **unemployment** | $10,908.00 |
| | **unemployment** | $24,931.00 | | |

| Part 3: | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

   ☐ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?
   ☐ No.   Go to line 7.
   ☐ Yes   List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
   * Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

   ■ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ☐ No.   Go to line 7.
   ■ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **Scott H. Burnham** | | | |
|----------|----------------------|--|--|--|
| Debtor 2 | **Wendy L. Burnham** | | Case number *(if known)* | **19-12715** |

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Bank of America**<br>**PO Box 31785**<br>**Tampa, FL 33631** | **3 monthly mortgage payments $2,415.19/monthly** | **$7,245.57** | **$298,973.97** | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>■ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Citizens Bank**<br>**Consumer Loan Servicing**<br>**ROP 18P**<br>**PO Box 42002**<br>**Providence, RI 02940** | **$246.41 monthly** | **$739.83** | **$30,327.16** | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>■ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Wells Fargo Auto**<br>**PO Box 29710**<br>**Phoenix, AZ 85038** | **$399.26 monthly** | **$1,188.87** | **$44,610.69** | ☐ Mortgage<br>■ Car<br>☐ Credit Card<br>■ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

**Part 4:   Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Citibank v. Scott H. Burnham**<br>**1959 SC 907** | **Small Claims** | **Plymouth District Court**<br>**52 Obery Street**<br>**Plymouth, MA 02360** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor 1    **Scott H. Burnham**
Debtor 2    **Wendy L. Burnham**                                    Case number *(if known)*    **19-12715**

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case number | | | |
| **FA COOPERATIVE, INC  v. Scott H. Burnham**<br>**19SL-CC01387** | **Civil Clerk's Office**<br>**21st Judicial**<br>**Circuit Court**<br>**St. Louis County**<br>**Court Building**<br><br>**Clayton, MO**<br>**63105** | **21st Judicial Circuit Court**<br>**105 South Central Avenue**<br>**Saint Louis, MO 63105** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Shaw Industries, Inc. v. Scott H.**<br>**Burnham and Thomas J. Rykema**<br>**1958CV0152** | **Complaint** | **Hingham District Court**<br>**28 George Washington**<br>**Blvd.**<br>**Hingham, MA 02043** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10.  **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.
■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property | Date | Value of the property |
|---|---|---|---|
| | Explain what happened | | |
| **Ally**<br>**c/o Alltran Financial, LP**<br>**PO Box 4043**<br>**Concord, CA 94524** | **Leased 2016 Dodge Ram**<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **10/18** | $0.00 |

11.  **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12.  **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
■ No
☐ Yes

**Part 5:**   List Certain Gifts and Contributions

13.  **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift and Address: | | | |

| Debtor 1 | **Scott H. Burnham** | |
|---|---|---|
| Debtor 2 | **Wendy L. Burnham** | Case number *(if known)*  **19-12715** |

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

---

**Part 6:    List Certain Losses**

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

■ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

---

**Part 7:    List Certain Payments or Transfers**

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Ann Brennan Law Offices<br>P.O. Box 890096<br>East Weymouth, MA 02189-0096<br>ann@annbrennanlaw.com | **Attorney Fees** | 10/17/18<br>400.00<br>7/17/19<br>3,000.00 | $3,400.00 |

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **3rd person  Jeweler** | **Diamond Ring  $2,000.00** | **$2,000.00** | **May 2019** |

**None**

---

Debtor 1   **Scott H. Burnham**
Debtor 2   **Wendy L. Burnham**

Case number (*if known*)   **19-12715**

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Third Person** | **quad   2000** | **$2,000.00** | **May 2019** |
| **None** | | | |
| **Third Person** | **Quad  $200.00** | **$200.00** | **May, 2019** |
| **None** | | | |

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**   List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:**   Identify Property You Hold or Control for Someone Else

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

☐ No
■ Yes.  Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

Debtor 1    **Scott H. Burnham**
Debtor 2    **Wendy L. Burnham**

Case number *(if known)*    **19-12715**

| Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| **Austin Burnham** | **Citizens** | **UTMA Account** | $1,000.00 |
| **Kimberly Burnham** | **Citizens** | **UTMA Account** | $700.00 |
| **Charlotte Burnham** | **Citizens** | **UTMA Account** | $360.00 |
| **Austin Burnham**<br>**88 Forest Street**<br>**Marshfield, MA 02050** | **88 Forest Street**<br>**Marshfield, MA 02050** | **2007 Chevy Silverado** | $0.00 |

**Part 10:**    **Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24.    Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

■ No
☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25.    Have you notified any governmental unit of any release of hazardous material?

■ No
☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26.    Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

**Part 11:**    **Give Details About Your Business or Connections to Any Business**

27.    Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Scott H. Burnham** | | |
|---|---|---|---|
| Debtor 2 | **Wendy L. Burnham** | | |
| | | Case number *(if known)* | **19-12715** |

☐ **An officer, director, or managing executive of a corporation**

☐ **An owner of at least 5% of the voting or equity securities of a corporation**

☐ **No. None of the above applies. Go to Part 12.**

■ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Central Rug Sales, Inc.**<br>**88 Forest Street**<br>**Marshfield, MA 02050** | **Sales**<br><br>**N/A** | EIN:    **N/A**<br><br>From-To  **2007-2017** |
| **Roger Kents Carpetland, Inc.**<br>**195 Columbia Road**<br>**Hanover, MA 02339** | **Sale of Floor Coverings**<br><br>**Ken Najarian** | EIN:    **04-2930942**<br><br>From-To  **2003-2018** |
| **Preferred Partners, LLC**<br>**160 SPRING ST.**<br>**Pembroke, MA 02359** | **Owner of Roger Kents**<br>**Carpetland, Inc.**<br><br>**N/A** | EIN:<br><br>From-To  **2003-2018** |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐ **No**

■ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| **Mountain One Bank**<br>**279 Union Street**<br>**Rockland, MA 02370** | |

Debtor 1    **Scott H. Burnham**
Debtor 2    **Wendy L. Burnham**

Case number (*if known*)    **19-12715**

---

**Part 12:    Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Scott H. Burnham**                          **/s/ Wendy L. Burnham**

**Scott H. Burnham**                              **Wendy L. Burnham**
**Signature of Debtor 1**                         **Signature of Debtor 2**

Date    **September  6, 2019**              Date    **September  6, 2019**

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Scott H. Burnham** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Wendy L. Burnham** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS - EASTERN DIVISION |
| Case number | **19-12715** |
| (if known) | |

☐ Check if this is an
   amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7            12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
■ **creditors have claims secured by your property, or**
■ **you have leased personal property and the lease has not expired.**
**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

**Part 1:    List Your Creditors Who Have Secured Claims**

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Bank of America**<br><br>Description of property **88 Forest Street, Marshfield, MA**<br><br>securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a<br>   *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>   **Retain and Pay** | ☐ No<br><br>■ Yes |
| Creditor's name: **Citizens Bank**<br><br>Description of property **88 Forest Street, Marshfield, MA**<br><br>securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a<br>   *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>   **Retain and Pay** | ☐ No<br><br>■ Yes |
| Creditor's name: **Freedom Financial**<br><br>Description of property **Artic Cat** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a<br>   *Reaffirmation Agreement.*<br>■ Retain the property and [explain]: | ■ No<br><br>☐ Yes |

Official Form 108            **Statement of Intention for Individuals Filing Under Chapter 7**            page 1

| Debtor 1 | **Scott H. Burnham** | | |
|---|---|---|---|
| Debtor 2 | **Wendy L. Burnham** | Case number *(if known)* | **19-12715** |

| securing debt: | | **Retain and Pay** | |
|---|---|---|---|

| Creditor's name: | **VW Credit Inc.** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |
|---|---|---|---|
| Description of property securing debt: | | | |

| Creditor's name: | **Wells Fargo Auto** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
|---|---|---|---|
| Description of property securing debt: | **2015 Chevrolet Tahoe** | | |

**Part 2:** **List Your Unexpired Personal Property Leases**

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Scott H. Burnham** | | |
|---|---|---|---|
| Debtor 2 | **Wendy L. Burnham** | Case number *(if known)* | **19-12715** |

| Part 3: | **Sign Below** |
|---|---|

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

| **X** | **/s/ Scott H. Burnham** | **X** | **/s/ Wendy L. Burnham** |
|---|---|---|---|
| | **Scott H. Burnham** | | **Wendy L. Burnham** |
| | Signature of Debtor 1 | | Signature of Debtor 2 |

| Date | **September  6, 2019** | Date | **September  6, 2019** |
|---|---|---|---|

Official Form 108                    **Statement of Intention for Individuals Filing Under Chapter 7**                    page 3

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

> **You are an individual filing for bankruptcy,** and

> **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation

> Chapter 11 - Reorganization

> Chapter 12 - Voluntary repayment plan for family farmers or fishermen

> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;

> most student loans;

> domestic support and property settlement obligations;

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | $1,167 | filing fee |
|---|---|---|
| + | $550 | administrative fee |
|   | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $75  | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $75  | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

## Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.